**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| TAJAY RESTAURANTS, INC., *et al.* | § | Case No. 19-70067-TMD |
| Debtors.[1] | § | (Jointly Administered) |
| | § | |

**DEBTORS' RESPONSE TO MOTION OF REAL ESTATE ACQUISITIONS KJE, LLC FOR AN ORDER PURSUANT TO 11 U.S.C. §105, 365 AND 503 (I) ALLOWING ADMINISTRATIVE EXPENSE, (II) DIRECTING PAYMENT OF POST-PETITION RENT OR REJECTION OF LEASE, AND (III) GRANTING RELATED RELIEF**

TO THE HONORABLE TONY M. DAVIS, U.S. BANKRUPTCY JUDGE:

The above-captioned debtors and debtors-in-possession (collectively, the "***Debtors***") hereby file this Response to Motion of Real Estate Acquisitions KJE, LLC for an Order Pursuant to 11 U.S.C. §105, 365 and 503 (I) Allowing Administrative Expense, (II) Directing Payment of Post-Petition Rent or Rejection of Lease and (III) Granting Related Relief (the "***Motion***") and shows the Court as follows:

1. Paragraphs 1 - 3 concern the Movant's statement of position. As set forth below, Debtors deny that the Movant is entitled to the relief requested. To the extent they constitute factual assertions, the assertions are denied.

2. Debtors admit the statements contained in paragraphs 4 - 6.

3. Debtors admit the statements contained in paragraph 7.

4. With respect to paragraph 8, the Debtors are unable to admit or deny the allegations contained in that paragraph.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Yummy Seafoods, LLC (5494); Yummy Holdings, LLC (5580); and Tajay Restaurants, Inc. (3602). The mailing address for the Debtors, solely for purposes of notices and communications, is 3304 Essex Drive, Richardson, Texas 75082.

5. Debtors deny the allegations contained in paragraph 9.

6. Debtors deny the allegations contained in paragraph 10.

7. With respect to paragraph 11, Debtors admit that a check was mailed and the payment was made in mistake.

8. With respect to paragraph 12, Debtors admit that the equipment and signage has been removed, but otherwise deny the allegations in that paragraph.

9. Paragraph 13 constitutes legal argument. Debtors admit that the lease was listed on the schedules, but in fact, the lease was terminated pre-petition.

10. By letter dated May 3, 2019, Movant "terminated" the lease. Attached as Exhibit A is a true and correct copy of the correspondence sent by the Movant terminating the lease. Though Movant now seems to take the position that the lease was not terminated and is entitled to post-petition rent, the case law is clear that a landlord is not entitled to recover post-petition rent or an administrative expense for a lease that was terminated pre-petition. *See In re DBSI, Inc.*, 407 B.R. 159 (Bankr. D. Del. 2009); *see also In re Art & Architecture Books of the 21st Century* (2016WL1199116*2) (Bankr. C.D. Cal. March 21, 2016).

11. Moreover, contrary to Movant's assertions, the premises did not provide any benefit to the Estate on a post-petition basis, and Yummy Holdings was not in a "hold over") position post-petition. For the reasons set forth above, Movant's motion should be denied.

WHEREFORE, based on the foregoing, the Debtors request the Court deny the Motion and grant them such other and further relief to which they may be entitled.

036451-96139/4839-6366-3268.1

DATED: September 6, 2019.
Austin, Texas

Respectfully submitted,

WALLER LANSDEN DORTCH & DAVIS, LLP

By: /s/ *Mark C. Taylor*

Eric Taube
State Bar No. 19679350
Mark Taylor
State Bar No. 19713225
Cleveland R. Burke
State Bar No. 24064975
William R. "Trip" Nix, III
State Bar No. 24092902
Evan J. Atkinson
State Bar No. 24091844
100 Congress Avenue, Suite 1800
Austin, Texas 78701
(512) 685-6400
(512) 685-6417 (FAX)
Email: Eric.Taube@wallerlaw.com
Mark.Taylor@wallerlaw.com
Cleveland.Burke@wallerlaw.com
Trip.Nix@wallerlaw.com
Evan.Atkinson@wallerlaw.com

*Attorneys for the Debtors and Debtors in Possession*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on counsel listed below and on all persons on the attached service list either electronically via the Court's ECF service or by United States First Class Mail on September 6, 2019.

R.J. Shannon
Barron & Newburger, P.C.
7320 N. MoPac Expy., Suite 400
Austin, Texas 78731

/s/ *Mark C. Taylor*
Mark C. Taylor

# MASTER SERVICE LIST

**Debtors**
Tajay Restaurants, Inc., et al.
3304 Essex Drive
Richardson, TX 75082

**Counsel to Debtors**
Waller Lansden Dortch & Davis LLP
Attn: Eric J. Taube/Mark C. Taylor
100 Congress Ave., 18th Floor
Austin, TX 78701

**Consolidated 20 Largest Unsecured Creditors**
DTMJ-1, LLC
Attn: David & Tara Montgomery
5134 Wright Terrace
Stokie, IL 60077

Janda Land Holdings, LLC
c/o Charles Greenough
McAfee & Taft
Two W. Second Street, Suite 1100
Tulsa, OK 74103

Long John Silver's Inc YRSG
PO Box 950111
Louisville, KY 40295

Comptroller of Public Accounts
P O Box 149348
Austin, TX 78714-9348

Dennis Semler Tulsa City Trs
500 S. Denver Ave.
3rd Floor
Tulsa, OK 74103-3840

HBIC LLC
1940 E. Walnut Street
Pasadena, CA 91107

Oklahoma Tax Commission
P O Box 26920
Oklahoma City, OK 73126-0930

Lane Dworkin Properties, LLC
415 Park Avenue
Rochester, NY 14607

Economy Square Inc
210 Park Ave, Suite 2175
Oklahoma City, OK 73102

NADG NNN LJS-AW OK LP
3131 McKinney Avenue
Suite L-10
Dallas, TX 75204

JLou Properties LLC
1613 N. Broadway Ave
Oklahoma City, OK 73103

J & C Property Co.
13505 Montfort Place Suite# 200
Dallas, TX 75240

McLane Food Service Inc
2085 Midway Rd
Carrollton, TX 75006-5063

Real Estate Acquisitions KJE LLC
5822 Charlotte Dr. Unit 3403
San Jose, CA 95123

Janda Land Holdings, LLC
Attn: David L. Egelston
101 E. Moon Valley Dr.
Phoenix, AZ 84022

STE Ventures, LLC
Attn: Steven T. Tsang
20028 SE 3rd Circle
Camas, WA 98607

August, August and Lane of Rochester LLC
72 Canfield Rd.
Pittsford, NY 14534

Burris Valley Ranch, Inc.
c/o Joe C. Lewallen, Jr.
McAfee & Taft
211 North Robinson, 10th Floor
Oklahoma City, OK 73102-7103

Burris Valley Ranch, Inc
7300 N. Comanche
Oklahoma City, OK 73132

AA&L II LLC
72 Canfield Rd.
Pittsford, NY 14534

**Counsel to Unsecured Creditors Committee**
Stephen A. Roberts
Clark Hill Strasburger
720 Brazos, Suite 700
Austin, TX 78701

**Unsecured Creditors Committee**
DTMJ-1, LLC
Attn: David Montgomery
5134 Wright Terrace
Skokie, IL 60077

Janda Land Holdings, LLC
Attn: David Egelston
101 E. Moon Valley Drive
Phoenix, AZ 85022

Mittal & Sons, LLC
Attn: Naveen Mittal
123 Blue Hill Road
San Antonio, TX 78229

J&C Property Co.
Attn: Collin Berg
13505 Montfort Place, Suite 200
Dallas, TX 75240

**Parties of Interest and Requesting Notice**
Kristopher E. Koepsel
A. Grant Schwabe, OBA
Karen Carden Walsh
Riggs, Abney, Neal, Turpen, Orbison & Lewis P.C.
Frisco Building
502 West Sixth Street
Tulsa, OK 74119-1010

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Office of the U.S. Trustee
Attn: James Rose
615 E. Houston Street, Suite 533
San Antonio, TX 78205

Jeanmarie Baer
Perdue, Brandon, Fielder, Collins & Mott, LLP
PO Box 8188
Wichita Falls, TX 76307

Tara LeDay
McCreary, Veselka, Bragg & Allen, PC
P.O. Box 1269
Round Rock, TX 78680

Laura J. Monroe
Perdue, Brandon, Fielder, Collins & Mott, LLP
PO Box 817
Lubbock, TX 79408

Michael Hilsabeck
907 South Detroit Ave., Ste. 1100
Tulsa, OK 74120

Jonathan T. Edwards
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309

Edward M. King
Frost Brown Todd LLC
400 W. Market Street, 32nd Fl.
Louisville, KY 40202

John Mark Stern
Assistant Attorney General
Bankruptcy & Collections
Division MC 008
P.O. Box 12548
Austin, TX 78711-2548

Don Stecker
Linebarger Goggan Blair & Sampson, LLP
711 Navarro Street, Ste 300
San Antonio, TX 78205

Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207

Tammy Jones, Pro Se
Oklahoma County Treasurer
320 Robert S. Kerr, Room 307
Oklahoma City, OK 73102

Lynn H. Butler
Husch Blackwell LLP
111 Congress Ave., Suite 1400
Austin, TX 78701

Jameson J. Watts
Husch Blackwell LLP
111 Congress Ave., Suite 1400
Austin, TX 78701

Jeff Resnick
Jeff Resnick, P.C.
6440 North Central Expwy., #501
Dallas, TX 75206

Vancouver Land Law Corp.
c/o Cassie N. Crawford
PO Box 61488
Vancouver, WA 98666

John D. Elrod
Greenberg Traurig, LLP
Terminus 200 - Suite 2500
3333 Piedmont Road, NE
Atlanta, Georgia 30305

Mark A. Platt, Esq.
Frost Brown Todd LLC
100 Crescent Court, Suite 350
Dallas, TX 75201

Stephen W. Sather
Barron & Newburger, P.C.
7320 N. Mopac Expy., Ste. 400
Austin, TX 78731

Jason M. Rudd
J. Robertson Clarke
Wick Phillips Gould & Martin, LLP
3131 McKinney Avenue, Suite 100
Dallas, TX 75204

Patrick H. Autry
Branscomb PLLC
8023 Vantage Drive
Suite 560
San Antonio, TX 78230

JLou Properties, LLC
c/o Bart A. Boren
Williams, Boren & Associates, P.C.
401 N. Hudson Ave., Suite 200
Oklahoma City, OK 73102

# EXHIBIT A



null / ALL
Transmittal Number: 19770733
Date Processed: 05/08/2019

# Notice of Service of Process

| | |
|---|---|
| **Primary Contact:** | Omar Misleh<br>Ampex Brands<br>3304 Essex Dr<br>Richardson, TX 75082-9708 |
| **Electronic copy provided to:** | Tabbassum Mumtaz |

| | |
|---|---|
| **Entity:** | Yummy Holdings, LLC<br>Entity ID Number 3187566 |
| **Entity Served:** | Yummy Holdings, LLC |
| **Title of Action:** | Real Estate Acquisitions Kje, LLC. vs. Long John Silver's Store #5232 |
| **Document(s) Type:** | Notice |
| **Nature of Action:** | Property |
| **Case/Reference No:** | Not Shown |
| **Jurisdiction Served:** | Kansas |
| **Date Served on CSC:** | 05/06/2019 |
| **Answer or Appearance Due:** | Other/NA |
| **Originally Served On:** | CSC |
| **How Served:** | Regular Mail |
| Sender Information: | Jeffreya. Chubb<br>620-331-1800 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674 (888) 690-2882 | sop@cscglobal.com

**EMERT CHUBB REYNOLDS, LLC**
Attorneys at Law
204 E. Laurel - P. O. Box 747
Independence, Kansas 67301-0747

1-620-331-1800
FAX 1-620-331-1807
E-mail: sehc-law@swbell.net

**JEFFREY A. CHUBB**
jchubb@sehc-law.com

**DANIEL M. REYNOLDS**
dreynolds@sehc-law.com

**COLE A. HOFFMEISTER**
coleh@sehc-law.com

**Members**

**TIMOTHY R. EMERT**
temert@sehc-law.com
**Of Counsel**

**ROBERT K. SCOVEL**
Retired

**MONTE K. HEASTY**
(1937 - 1997)

May 3, 2019

Yummy Holdings, LLC
c/o Omar Misleh
3304 Essex Dr.
Richardson, TX 75082

Yummy Holdings, LLC
c/o Omar Misleh
7676 Hillmont, Ste. 199
Houston, TX 77040

Yummy Holdings, LLC
c/o Ajay Dhillon
1024 Serpentine Ln, #101
Pleasanton, CA 94566

Yummy Holdings, LLC
17774 Preston Rd
Dallas, TX 75262

Corporation Service Company
Resident Agent for
Yummy Holdings, LLC
2900 SW Wanamaker Dr., Ste 204
Topeka, KS 66614

**Re: Long John Silver's Store #5232**
**314 West 11th Street**
**Coffeyville, Kansas**
**Franchisee: Yummy Holdings, LLC**
**Notice of Termination of Lease**

Dear Ladies and/or Gentlemn:

I represent Real Estate Acquisitions KJE, LLC. This is a follow-up letter to my previous letter dated April 18, 2019, copy enclosed. At this time, Notice is hereby given that the Lease Agreement is hereby terminated and the Landlord will exercise all of its rights under the Lease Agreement. Please note that even though the Lease is being terminated, the Tenant has a continuing responsibility to make

lease payments as set forth in paragraph 11(b). Please govern yourselves accordingly.

I am required to advise you that this letter is an attempt to collect a debt.

Yours very truly,

EMERT CHUBB REYNOLDS, LLC

Jeffrey A. Chubb

JAC:js

Enclosure

JEFFREY A. CHUBB
jchubb@sehc-law.com

DANIEL M. REYNOLDS
dreynolds@sehc-law.com

COLE A. HOFFMEISTER
coleh@sehc-law.com

Members

**EMERT CHUBB REYNOLDS, LLC**
Attorneys at Law
204 E. Laurel - P. O. Box 747
Independence, Kansas 67301-0747

1-620-331-1800
FAX 1-620-331-1807
E-mail: sehc-law@swbell.net

TIMOTHY R. EMERT
temert@sehc-law.com
Of Counsel

ROBERT K. SCOVEL
Retired

MONTE K. HEASTY
(1937 - 1997)

April 18, 2019




Yummy Holdings, LLC
c/o Omar Misleh
3304 Essex Dr.
Richardson, TX 75082

Yummy Holdings, LLC
c/o Omar Misleh
7676 Hillmont, Ste. 199
Houston, TX 77040

Yummy Holdings, LLC
c/o Ajay Dhillon
1024 Serpentine Ln, #101
Pleasanton, CA 94566

Long John Silver's, Inc.
Attn: Office of General Counsel
1441 Gardiner Ln
Louisville, KY 40213

Corporation Service Company
Resident Agent for
Yummy Holdings, LLC
2900 SW Wanamaker Dr., Ste 204
Topeka, KS 66614

Yummy Holdings, LLC
17774 Preston Rd
Dallas, TX 75262

**Re: Long John Silver's Store #5232**
**314 West 11th Street**
**Coffeyville, Kansas**
**Franchisee: Yummy Holdings, LLC**
**Delinquency in Rental Payment and Payment of Real Estate Taxes**

Dear Ladies and/or Gentlemn:

I represent Real Estate Acquisitions KJE, LLC, which owns the underlying real estate for the Long John Silver's location at 314 West 11th Street, Coffeyville, Kansas, and is the Landlord under the Lease dated June 18, 2008, which shows Yummy Holdings, LLC, as the Tenant. Please excuse the multiple letters to different addresses but the original 2008 Lease document contains some required

addresses for notification purposes, plus I have sent this letter to other addresses which I believe to be more current.

Please be advised that Yummy Holdings, LLC, has not paid rent for the months of January through April, 2019, inclusive, in the amount of $5,148.58 per month. The total delinquency owed at this time is $20,594.32.

In addition, paragraph 7 of the Lease requires Yummy Holdings, LLC, to keep the real estate taxes current. They are delinquent for the second half of the 2016 taxes, plus the second half of the 2018 taxes have not yet been paid. The total real estate tax delinquency as of April 17, 2019, is $10,106.61.

Demand is hereby made that these delinquencies be brought current consistent with the terms of the Lease. Should you fail therein, my client will exercise its rights under the Lease and under the laws of the State of Kansas.

I am required to advise you that this letter is an attempt to collect a debt.

Yours very truly,

EMERT CHUBB REYNOLDS, LLC

Jeffrey A. Chubb

JAC:js

EMERT CHUBB REYNOLDS, LLC
ATTORNEYS AT LAW
P. O. BOX 747
INDEPENDENCE, KS 67301




Corporation Service Company
Resident Agent for
Yummy Holdings, LLC
2900 SW Wanamaker Dr., Ste 204
Topeka, KS 66614

6661484188 C062