

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: October 22, 2019.**

_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION**

| | |
|---|---|
| In re:<br><br>**TAJAY RESTURANTS, INC,** *et al.*,<br><br>Debtors. | )<br>)<br>) **Chapter 11**<br>)<br>) **Case No. 19-70067-TMD**<br>)<br>) **(Jointly Administered)**<br>) |

**ORDER GRANTING MOTION OF REAL ESTATE ACQUISITIONS KJE, LLC FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 365, AND 503 (I) ALLOWING ADMINISTRATIVE EXPENSE, (II) DIRECTING PAYMENT OF POST-PETITION RENT OR REJECTION OF LEASE, AND (III) GRANTING RELATED RELIEF**

Upon the Motion of Real Estate Acquisitions KJE, LLC for an Order Pursuant to 11 U.S.C. §§ 105, 365, and 503 (I) Allowing Administrative Expense, (II) Directing Payment of Post-Petition Rent or Rejection of Lease, and (III) Granting Related Relief (the "Motion")[1] [ECF No. 178] filed by Real Estate Acquisitions KJE, LLC (the "Landlord"), the Debtors' response to the Motion [ECF

---

[1] Capitalized terms not defined herein have the meaning set forth in the Motion.

4852-0243-3706.2

1

No. 220], the Joint Stipulation of Uncontested Facts [ECF No. 238], and the hearing held on the Motion on October 21, 2019, therefor,

THE COURT FINDS AND DETERMINES THAT:

A. The Landlord is entitled to rent and taxes at the contractual rate as an administrative claim against the Tenant Debtor for the period of time following the petition date through and including the date the Tenant Debtor substantially vacated the premises (June 26, 2019).

B. The Lease was terminated prepetition pursuant to the May 3, 2019, termination letter and, therefore, the Tenant Debtor does not need to reject the underlying lease.

IT IS THEREFORE ORDERED THAT:

1. Landlord has an allowed administrative claim against the Tenant Debtor in the amount of $7,683.73.

2. All other relief requested by the Motion not herein granted is denied.

3. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this order.

### 

Order Submitted By:

R. J. Shannon
Texas Bar No. 24108062
BARRON & NEWBURGER, P.C.
7320 N. MoPac Expwy., Suite 400
Austin, TX 78731
Telephone: (512) 476-9253
Facsimile: (512) 279-0310
rshannon@bn-lawyers.com

*Counsel to Real Estate Acquisitions KJE, LLC*