

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: June 19, 2020.**

_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**

_____

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## MIDLAND DIVISION

| | |
|---|---|
| In re:<br><br>TAJAY RESTAURANTS, INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-70067-TMD<br><br>(Jointly Administered) |

**ORDER GRANTING MOTION OF LANE DWORKIN PROPERTIES, LLC
FOR ALLOWANCE OF AN ADMINISTRATIVE EXPENSE
FOR POST-PETITION RENT**
(Against Yummy Holdings, LLC, Case No. 19-70069-TMD)
**[Docket #392]**

Upon the *Motion of Lane Dworkin Properties, LLC for Allowance of an Administrative Expense for Post-Petition Rent (Against Yummy Holdings, LLC, Case No. 19-70069-TMD)* (the "Motion") [Doc. #392] filed by Lane Dworkin Properties, LLC (the "Movant"), the Court finds that it has jurisdiction over this matter pursuant to 28 U.S.C. § 1334, this is a core proceeding pursuant to 28 U.S.C. § 157(b), venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409, proper and adequate notice of the Motion, the deadline to file any objections to the

_____

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Yummy Seafoods, LLC (5495); Yummy Holdings, LLC (5580); and Tajay Restaurants, Inc. (3602). The mailing address for the Debtors, solely for purposes of notices and communications, is 3304 Essex Drive, Richardson, Texas 75082.

{2133658;}

Motion, and any hearing thereon was given, and no other or further notice is necessary, the legal and factual bases set forth in the Motion establish just cause for the relief granted herein, and any timely objections to the Motion having been withdrawn or overruled for the reasons stated on the record at any hearing, and after due deliberation and sufficient cause appearing therefor –

IT IS HEREBY ORDERED that the Movant's administrative expense is allowed against Debtor Yummy Holdings, LLC in the amount of $23,005.24.

IT IS FURTHER ORDERED that Debtor Yummy Holdings, LLC and the Movant are authorized to take all actions necessary to effectuate the relief granted pursuant to this order in accordance with the Motion.

IT IS FURTHER ORDERED that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this order.

###

Submitted by:

*/s/ Brandon C. Bickle*
Brandon C. Bickle, OBA #22064
Sidney K. Swinson, OBA #8804
GABLEGOTWALS
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, Oklahoma 74103
(t) 918.595.4800 | (f) 918.595.4990
bbickle@gablelaw.com
sswinson@gablelaw.com

*Attorneys for Movant*

{2133658;}