

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: June 23, 2020.**

_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

| | |
|---|---|
| In re:<br><br>**TAJAY RESTURANTS, INC**, *et al.*,<br><br>Debtors. | **Chapter 11**<br><br>**Case No. 19-70067-TMD**<br><br>**(Jointly Administered)** |

**ORDER GRANTING MOTION OF 4424 BUFFALO GAP ROAD OWNER, LLC FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 105, 365, AND 503 (I) ALLOWING ADMINISTRATIVE EXPENSE, AND (II) GRANTING RELATED RELIEF**

Upon the Motion of 4424 Buffalo Gap Road Owner, LLC for an Order Pursuant to 11 U.S.C. §§ 105, 365, and 503 (I) Allowing Administrative Expense and (II) Granting Related Relief [ECF No. 354] (the "Motion")[1] filed by 4424 Buffalo Gap Road Owner, LLC (the "Landlord"), the Debtor's response to the Motion [ECF No. 374], and the hearing held on the Motion on June 1, 2020, it is hereby ORDERED THAT:

---

[1] Capitalized terms not defined herein have the meaning set forth in the Motion.

1

2

1. The Landlord has an allowed administrative expense claim against the Tenant Debtor in the amount of $25,921.65 (the "Allowed Administrative Expense Claim"). The Debtors are authorized and ordered to remit payment of the Allowed Administrative Expense Claim to the Landlord.

2. The Tenant Debtor and the Landlord are authorized to take all other actions necessary to effectuate the relief granted pursuant to this Order.

3. All relief requested by the Motion not granted herein is denied.

4. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

### # # #

Submitted by:

R. J. Shannon
State Bar No. 24108062
BARRON & NEWBURGER, P.C.
7320 N. MoPac Expwy., Suite 400
Austin, TX 78731
Telephone: (512) 476-9253
Facsimile: (512) 279-0310
rshannon@bn-lawyers.com

*Local Counsel to 4424 Buffalo Gap Road Owner, LLC*