

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: July 17, 2020.**

_____
**TONY M. DAVIS**
**UNITED STATES BANKRUPTCY JUDGE**

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## MIDLAND DIVISION

| | |
|---|---|
| **In re:** | Chapter 11 |
| **TAJAY RESTAURANTS, INC.,** *et al.*, | Case No. 19-70067-TMD (Jointly Administered) |
| Debtors.[1] | |

**ORDER ALLOWING, IN PART, LONG JOHN SILVER'S, LLC'S AND LJS RESTAURANTS, LLC, SUCCESSOR TO LJS RESTAURANTS, INC.'S ADMINISTRATIVE EXPENSE CLAIM**
**(Against Yummy Seafoods, LLC, Case No. 19-70068)**
**[Docket No. 401]**

There came on for consideration before the Honorable Tony M. Davis, United States Bankruptcy Judge, Long John Silver's, LLC's ("LJS") Application for Order Allowing Administrative Expense Claim (the "Application") [Doc. No. 401] filed by Long John Silver's, LLC and LJS Restaurants, LLC, successor to LJS Restaurants, Inc. (collectively, the "Applicant"), and the Debtors' Objection filed June 22, 2020 (the "Objection") [Doc. No. 413]. The Court, upon the representation that the parties agree to the entry of this Order, finds that it has jurisdiction over this

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Yummy Seafoods, LLC (5494); Yummy Holdings, LLC (5580); and Tajay Restaurants, Inc. (3602). The mailing address for the Debtors, solely for purposes of notices and communications, is 3304 Essex Drive, Richardson, Texas 75802.

matter pursuant to 28 U.S.C. § 1334, that this is a core proceeding pursuant to 28 U.S.C. § 157(b), that venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409, that proper and adequate notice of the Application, and finds and concludes as follows:

IT IS HEREBY ORDERED that the Application's administrative expense is allowed against Debtor Yummy Seafoods, LLC in the amount of $10,479.97; and

IT IS FURTHER ORDERED that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this order.

APPROVED:

**FROST BROWN TODD LLC**

Edward M. King (Kentucky Bar No. 86928)
400 W. Market Street, 32nd Fl.
Louisville, KY 40202
Telephone: (502) 589-5400
Facsimile: (502) 581-1087
Email: tking@fbtlaw.com
-and-
*/s/ Mark A. Platt*
Mark A. Platt (Bar No. 00791453)
2101 Cedar Springs Road, Suite 900
Dallas, TX 75201
Telephone: (214) 545-3472
Facsimile: (214) 545-3473
Email: mplatt@fbtlaw.com

*Counsel for Long John Silver's, LLC
and LJS Restaurants, LLC, successor to LJS Restaurants, Inc.*

*/s/ Mark C. Taylor*
Eric Taube (Bar No. 19679350)
Mark Taylor (Bar No. 19713225)
Evan J. Atkinson (Bar No. 24091844)
WALLER LANSDEN DORTCH & DAVIS, LLP
100 Congress Avenue, Suite 1800
Austin, Texas 78701
Telephone: (512) 685-6400
Telecopier: (512) 685-6417
Eric.Taube@wallerlaw.com

Mark.Taylor@wallerlaw.com
Evan. Atkinson@wallerlaw.com

*Attorneys for the Debtors and Debtors in Possession*

4846-9766-5470v2