# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND DIVISION

| | |
|---|---|
| In re: <br><br> **TAJAY RESTAURANTS, INC,** *et al.*, <br><br> Debtors. | ) <br> ) <br> ) **Chapter 11** <br> ) <br> ) **Case No. 19-70067-TMD** <br> ) <br> ) **(Jointly Administered)** <br> ) <br> ) |

## NOTICE OF WITHDRAWAL OF MOTION FOR ORDER DIRECTING IMMEDIATE PAYMENT OF ALLOWED ADMINISTRATIVE EXPENSE OF 4424 BUFFALO GAP ROAD OWNER, LLC

On July 28, 2020, 4424 Buffalo Gap Road Owner, LLC (the "Landlord"), filed its Motion for Order Directing Immediate Payment of Allowed Administrative Expense of 4424 Buffalo Gap Road Owner, LLC [ECF No. 461] (the "Motion"). Landlord now files this Notice to inform the Court that it is withdrawing the Motion.

Dated: August 19, 2020.

Respectfully submitted,

**BARRON & NEWBURGER, P.C.**

*/s/R. J. Shannon*
R. J. Shannon (TBA No. 24108062)
rshannon@bn-lawyers.com
7320 N. MoPac Expy, STE 400
Austin, TX 78731
Telephone: (512) 476-9103
Facsimile: (512) 279-0310

*Local Counsel for 4424 Buffalo Gap Road Owner, LLC*

-and-

**BEHAR, GUTT & GLAZER, P.A.**

Brian S. Behar (SBN 727131)
Admitted Pro Hac Vice

bsb@bgglaw.com
DCOTA, Suite A-350
1855 Griffin Road
Fort Lauderdale, Florida 33004
Telephone: (305) 931--3771
Facsimile: (305) 931-3774

*Counsel to Counsel for 4424 Buffalo Gap Road Owner, LLC*

## CERTIFICATE OF SERVICE

     I hereby certify that on August 19, 2020, I caused a true and correct copy of this Notice to be served on (i) all parties registered to receive ECF notification in the above-captioned case and (ii) the following parties by electronic mail:

Mark Curtis Taylor
Waller Lansden Dortch & Davis LLP
100 Congress Ave, Suite 1800
Austin, TX 78701
Mark.Taylor@wallerlaw.com

Stephen A. Roberts
Clark Hill Strausburger
720 Brazos, Suite 700
Austin, Texas 78701
sroberts@clarkhill.com

                                                         */s/R. J. Shannon*
                                                          R. J. Shannon