**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: August 19, 2020.**



_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### MIDLAND DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| TAJAY RESTAURANTS, INC., *et al.* | § | Case No. 19-70067-TMD |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |

### ORDER GRANTING FOURTH INTERIM FEE APPLICATION OF HMP ADVISORY HOLDINGS, LLC D/B/A HARNEY PARTNERS FOR PROFESSIONAL SERVICES RENDERED AND ACTUAL AND NECESSARY EXPENSES INCURRED FROM MARCH 1, 2020 THROUGH MAY 31, 2020

CAME ON FOR CONSIDERATION the Fourth Interim Fee Application of HMP Advisory Holdings, LLC dba Harney Partners ("Harney Partners"), Financial Advisor to the Debtors, for Professional Services Rendered and Actual and Necessary Expenses Incurred (the "Application"). After considering the Application[2] and all responses thereto, the Court is of the opinion it should be granted. It is, therefore,

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Yummy Seafoods, LLC (5494); Yummy Holdings, LLC (5580); and Tajay Restaurants, Inc. (3602). The mailing address for the Debtors, solely for purposes of notices and communications, is 3304 Essex Drive, Richardson, Texas 75082.

[2] Any capitalized terms not defined herein shall have the meaning ascribed to them in the Application.

ORDERED that the total amount of $9.310.00 (the "Total Amount") in fees billed and expenses incurred by Harney Partners in the representation of the Debtor from March 1, 2020 through May 31, 2020 (the "Application Period") is hereby approved on an interim basis; it is further specifically

ORDERED that the portion of the Total Amount that has already been paid to Harney Partners by the Debtor pursuant to this Court's Compensation Procedures Order for the Application Period is hereby approved; it is further specifically

ORDERED that Harney Partners is entitled to receive payment from drawing down from the Retainer and/or by payment by the Debtors of the following amounts, and that such payments are approved:

a. the sum of $1,862.00 of the Total Amount (this amount reflecting the 20% holdback of fees from its monthly fee statements for the each of the periods in the Application Period); and

b. any portion of the Total Amount requested in the Monthly Fee Statements for the Application Period, but not paid as of the entry of this Order.

# # #

**ENTRY REQUESTED BY:**

WALLER LANSDEN DORTCH & DAVIS, LLP
Mark C. Taylor
100 Congress Avenue, 18th Floor
Austin, Texas 78701
Telephone: (512) 685-6400
Facsimile: (512) 685-6417
mark.taylor@wallerlaw.com

**ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION**