**IT IS HEREBY ADJUDGED and DECREED that the below described is WITHDRAWN.**



**Dated: August 19, 2020**

_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION**

| | |
|---|---|
| **In re:** | ) |
| | ) |
| **TAJAY RESTAURANTS, INC**, *et al.*, | ) Chapter 11 |
| | ) |
| **Debtors.** | ) Case No. 19-70067-TMD |
| | ) |
| | ) **(Jointly Administered)** |

**ORDER DIRECTING IMMEDIATE PAYMENT OF ALLOWED
ADMINISTRATIVE EXPENSE OF 4424 BUFFALO GAP ROAD OWNER, LLC**

Upon the *Motion For Order Directing Immediate Payment Of Allowed Administrative Expense of 4424 Buffalo Gap Road Owner, LLC* (the "Motion")[1] filed by 4424 Buffalo Gap Road Owner, LLC (the "Landlord"), and upon consideration of the Court's finding that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (iii) venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; (iv) proper and adequate notice of the Motion and any hearing thereon was given, and no other or

---

[1] Capitalized terms not defined herein have the meaning set forth in the Motion.

further notice is necessary; (v) the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and (vi) any timely objection to the Motion having been withdrawn or overruled for the reasons stated on the record at the hearing; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED THAT:

1. Tajay Restaurants, Inc. is directed to pay the allowed administrative claim of the Landlord within seven (7) days from entry of this Order.

2. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this order.

### #

Order Submitted By:

R. J. Shannon
Texas Bar No. 24108062
BARRON & NEWBURGER, P.C.
7320 N. MoPac Expwy., Suite 400
Austin, TX 78731
Telephone: (512) 476-9253
rshannon@bn-lawyers.com

