IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| TAJAY RESTAURANTS, INC., *et al.* | § | Case No. 19-70067-TMD |
| Debtors.[1] | § | (Jointly Administered) |

## DEBTORS' DESIGNATION OF WITNESSES AND EXHIBITS FOR NOVEMBER 23, 2020 HEARING

TO THE HONORABLE TONY M. DAVIS, U.S. BANKRUPTCY JUDGE:

COME NOW the above-captioned debtors and debtors-in-possession (collectively, the "***Debtors***"), and file this Designation of Witnesses and Exhibits (the "**Designation**") as follows for the hearing scheduled for November 23, 2020 (the "**Hearing**").

### WITNESSES

Debtors reserve the right to call the following witness(es):

1.   Omar Misleh

In addition, Debtors reserve the right to call any witness designated by any other party, and any witness necessary for rebuttal.

### EXHIBITS

Debtors may offer into evidence any or all of the following exhibits at the Hearing:

| Exh. No. | Description | Offer | Object | Admit |
|---|---|---|---|---|
| 1. | Declaration of Omar Misleh | | | |

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Yummy Seafoods, LLC (5494); Yummy Holdings, LLC (5580); and Tajay Restaurants, Inc. (3602). The mailing address for the Debtors, solely for purposes of notices and communications, is 3304 Essex Drive, Richardson, Texas 75082.

In addition, Debtors designate any pleadings, including exhibits, filed in this case and any exhibits designated by any other party. Debtors reserve the right to amend or supplement this Designation as may otherwise be appropriate.

A copy of this document and the designated exhibits will be emailed to counsel indicated in the certificate of service below. **Any other parties wishing to obtain copies of the exhibits designated herein should contact the undersigned.**

                Respectfully submitted,

                WALLER LANSDEN DORTCH & DAVIS, LLP

                */s/ Mark C. Taylor*
                Eric Taube (Bar No. 19679350)
                Mark Taylor (Bar No. 19713225)
                Cleve Burke (Bar No. 24064975)
                William R. "Trip" Nix, III (Bar No. 24092902)
                Evan J. Atkinson (Bar No. 24091844)
                100 Congress Avenue, Suite 1800
                Austin, Texas 78701
                (512) 685-6400
                (512) 685-6417 (FAX)
                Email: Eric.Taube@wallerlaw.com
                           Mark.Taylor@wallerlaw.com
                           Cleveland.Burke@wallerlaw.com
                           Trip.Nix@wallerlaw.com
                           Evan.Atkinson@wallerlaw.com

                *Attorneys for the Debtors and*
                *Debtors in Possession*

## CERTIFICATE OF SERVICE

The hereby certify that a true and correct copy of the foregoing was served on all persons on the attached service list either electronically via the Court's ECF service or by United States First Class Mail on November 19, 2020.

/s/ Mark C. Taylor
Mark C. Taylor

# MASTER SERVICE LIST

**Debtors**
Tajay Restaurants, Inc., et al.
3304 Essex Drive
Richardson, TX 75082

**Counsel to Debtors**
Waller Lansden Dortch & Davis LLP
Attn: Eric J. Taube/Mark C. Taylor
100 Congress Ave., 18th Floor
Austin, TX 78701

**Consolidated 20 Largest Unsecured Creditors**
DTMJ-1, LLC
Attn: David & Tara Montgomery
5134 Wright Terrace
Stokie, IL 60077

Janda Land Holdings, LLC
c/o Charles Greenough
McAfee & Taft
Two W. Second Street, Suite 1100
Tulsa, OK 74103

Long John Silver's Inc YRSG
PO Box 950111
Louisville, KY 40295

Comptroller of Public Accounts
P O Box 149348
Austin, TX 78714-9348

Dennis Semler Tulsa City Trs
500 S. Denver Ave.
3rd Floor
Tulsa, OK 74103-3840

HBIC LLC
1940 E. Walnut Street
Pasadena, CA 91107

Oklahoma Tax Commission
P O Box 26920
Oklahoma City, OK 73126-0930

Lane Dworkin Properties, LLC
415 Park Avenue
Rochester, NY 14607

Economy Square Inc
210 Park Ave, Suite 2175
Oklahoma City, OK 73102

NADG NNN LJS-AW OK LP
3131 McKinney Avenue
Suite L-10
Dallas, TX 75204

JLou Properties LLC
1613 N. Broadway Ave
Oklahoma City, OK 73103

J & C Property Co.
13505 Montfort Place Suite# 200
Dallas, TX 75240

McLane Food Service Inc
2085 Midway Rd
Carrollton, TX 75006-5063

Real Estate Acquisitions
KJE LLC
5822 Charlotte Dr. Unit 3403
San Jose, CA 95123

Janda Land Holdings, LLC
Attn: David L. Egelston
101 E. Moon Valley Dr.
Phoenix, AZ 84022

STE Ventures, LLC
Attn: Steven T. Tsang
20028 SE 3rd Circle
Camas, WA 98607

August, August and Lane of Rochester LLC
72 Canfield Rd.
Pittsford, NY 14534

Burris Valley Ranch, Inc.
c/o Joe C. Lewallen, Jr.
McAfee & Taft
211 North Robinson, 10th Floor
Oklahoma City, OK 73102-7103

Burris Valley Ranch, Inc
7300 N. Comanche
Oklahoma City, OK 73132

AA&L II LLC
72 Canfield Rd.
Pittsford, NY 14534

**Counsel to Unsecured Creditors Committee**
Stephen A. Roberts
Clark Hill Strasburger
720 Brazos, Suite 700
Austin, TX 78701

**Unsecured Creditors Committee**
DTMJ-1, LLC
Attn: David Montgomery
5134 Wright Terrace
Skokie, IL 60077

Janda Land Holdings, LLC
Attn: David Egelston
101 E. Moon Valley Drive
Phoenix, AZ 85022

Mittal & Sons, LLC
Attn: Naveen Mittal
123 Blue Hill Road
San Antonio, TX 78229

J&C Property Co.
Attn: Collin Berg
13505 Montfort Place, Suite 200
Dallas, TX 75240

**Parties of Interest and Requesting Notice**
Kristopher E. Koepsel
A. Grant Schwabe, OBA
Karen Carden Walsh
Riggs, Abney, Neal, Turpen, Orbison & Lewis P.C.
Frisco Building
502 West Sixth Street
Tulsa, OK 74119-1010

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Office of the U.S. Trustee
Attn: James Rose
615 E. Houston Street, Suite 533
San Antonio, TX 78205

036451-96139/4838-1189-9287.1

Page 1

Jeanmarie Baer
Perdue, Brandon, Fielder, Collins & Mott, LLP
PO Box 8188
Wichita Falls, TX 76307

Tara LeDay
McCreary, Veselka, Bragg & Allen, PC
P.O. Box 1269
Round Rock, TX 78680

Laura J. Monroe
Perdue, Brandon, Fielder, Collins & Mott, LLP
PO Box 817
Lubbock, TX 79408

Michael Hilsabeck
907 South Detroit Ave., Ste. 1100
Tulsa, OK 74120

Jonathan T. Edwards
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309

Edward M. King
Frost Brown Todd LLC
400 W. Market Street, 32nd Fl.
Louisville, KY 40202

John Mark Stern
Assistant Attorney General
Bankruptcy & Collections Division MC 008
P.O. Box 12548
Austin, TX 78711-2548

Don Stecker
Linebarger Goggan Blair & Sampson, LLP
711 Navarro Street, Ste 300
San Antonio, TX 78205

Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207

Tammy Jones, Pro Se
Oklahoma County Treasurer
320 Robert S. Kerr, Room 307
Oklahoma City, OK 73102

Lynn H. Butler
Husch Blackwell LLP
111 Congress Ave., Suite 1400
Austin, TX 78701

Jameson J. Watts
Husch Blackwell LLP
111 Congress Ave., Suite 1400
Austin, TX 78701

Jeff Resnick
Jeff Resnick, P.C.
6440 North Central Expwy., #501
Dallas, TX 75206

Vancouver Land Law Corp.
c/o Cassie N. Crawford
PO Box 61488
Vancouver, WA 98666

John D. Elrod
Greenberg Traurig, LLP
Terminus 200 - Suite 2500
3333 Piedmont Road, NE
Atlanta, Georgia 30305

Mark A. Platt, Esq.
Frost Brown Todd LLC
100 Crescent Court, Suite 350
Dallas, TX 75201

Stephen W. Sather
Barron & Newburger, P.C.
7320 N. Mopac Expy., Ste. 400
Austin, TX 78731

Jason M. Rudd
J. Robertson Clarke
Wick Phillips Gould & Martin, LLP
3131 McKinney Avenue, Suite 100
Dallas, TX 75204

Patrick H. Autry
Branscomb PLLC
8023 Vantage Drive
Suite 560
San Antonio, TX 78230

JLou Properties, LLC
c/o Bart A. Boren
Williams, Boren & Associates, P.C.
401 N. Hudson Ave., Suite 200
Oklahoma City, OK 73102

Law Offices of Dana A. Ehrlich
Ms. Dana A. Ehrlich
P.O. Box 1831
San Angelo, TX 76902