**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: January 19, 2021.**



_____
**TONY M. DAVIS**
**UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### MIDLAND DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| TAJAY RESTAURANTS, INC. | § | Case No. 19-70067-TMD |
| YUMMY SEAFOODS, LLC, | § | Case No. 19-70068-TMD |
| YUMMY HOLDINGS, LLC | § | Case No. 19-70069-TMD |
| | § | |
| Debtors. | § | |
| | § | (JOINTLY ADMINISTERED |
| | § | UNDER CASE NO. 19-70067-TMD) |

### ORDER GRANTING FIFTH AND FINAL APPLICATION OF CLARK HILL STRASBURGER FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MAY 16, 2019 THROUGH DECEMBER 11, 2020

Came on to be heard the Fifth and Final Application for Compensation and Reimbursement of Expenses of Clark Hill Strasburger for the Period May 16, 2019 through December 11, 2020. The Court finds sufficient notice has been given to all parties entitled thereto, and that all objections, if any, to the Application have been resolved or overruled. The Court further finds and determines that the fees and expenses requested are reasonable and

**ORDER GRANTING FOURTH INTERIM APPLICATION OF CLARK HILL STRASBURGER FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MAY 16, 2019 THROUGH DECEMBER 11, 2020**
-Page 1 of 2

ClarkHill\66522\387603\261536520.v1-12/23/20

necessary within the meaning of 11 U.S.C. §§ 330 and 331 and cause exists to grant the Application. It is, therefore

ORDERED that the Fifth and Final Application of Clark Hill Strasburger for the Period May 16, 2019 through December 11, 2020 is granted and fees in the amount of $212,054.00 and expenses in the amount of $4,782.93, for a total of $216,836.93 are hereby approved and allowed. It is further

ORDERED that fees in the amount of $2,500.00 for the period through the hearing on this Application are hereby approved and allowed.

ORDERED that the Debtors are authorized and ordered to remit payment of the balance of approved fees and expenses to Clark Hill Strasburger in the amount of $30,669.60.

# # #

ORDER SUBMITTED BY:

  */s/ Stephen A. Roberts*
Stephen A. Roberts
CLARK HILL STRASBURGER
720 Brazos, Suite 700
Austin, Texas 78701
Telephone: 512.499.3624
Facsimile: 512.499.3660
Email: sroberts@clarkhill.com

Attorneys for the Official Committee of Unsecured Creditors

**ORDER GRANTING FOURTH INTERIM APPLICATION OF CLARK HILL STRASBURGER FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MAY 16, 2019 THROUGH DECEMBER 11, 2020**

-Page 2 of 2

ClarkHill\66522\387603\261536520.v1-12/23/20