**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| TAJAY RESTAURANTS, INC., *et al.* | § | Case No. 19-70067-TMD |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |
| | § | |

**FIFTH AND FINAL FEE APPLICATION OF WALLER LANSDEN
DORTCH & DAVIS LLP, COUNSEL TO DEBTORS, FOR ALLOWANCE
OF COMPENSATION FOR SERVICES RENDERED
<u>AND REIMBURSEMENT OF EXPENSES INCURRED</u>**

**This pleading requests relief that may be adverse to your interests.**

**If no timely response is filed within 21 days from the date of service, the relief requested herein may be granted without a hearing being held.**

**A timely filed response is necessary for a hearing to be held.**

TO THE HONORABLE TONY M. DAVIS, U.S. BANKRUPTCY JUDGE:

The Firm of Waller Lansden Dortch & Davis LLP ("**Waller**" or "**Applicant**"), counsel to the above-captioned debtors and debtors-in-possession (the "**Debtors**") in the above-captioned chapter 11 cases, submits its Fifth and Final Application for Allowance of Compensation for Services Rendered and Reimbursement for Expenses Incurred ("**Application**") and hereby requests final approval of fees earned in the amount of $290,324.00 and expenses incurred in the amount of $32,101.74, totaling $322,425.74 for the period from May 16, 2019 through

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Yummy Seafoods, LLC (5494); Yummy Holdings, LLC (5580); and Tajay Restaurants, Inc. (3602). The mailing address for the Debtors, solely for purposes of notices and communications, is 3304 Essex Drive, Richardson, Texas 75082.

November 24, 2020; the payments received to date for such amounts; and authority to receive payment for amounts not yet received, as detailed below. Specifically, Waller requests:

(i)     final approval of amounts previously awarded on an interim basis pursuant to the First, Second, Third and Fourth Interim Application Orders (as defined below) for fees earned in the amount of $259,595.00 and expenses incurred in the amount of $31,006.77 by Waller, totaling $290,601.77, for the period from May 16, 2019 through May 31, 2020, and the payments of such amounts received to date;

(ii)    final approval of fees earned in the amount of $30,729.00 and expenses incurred in the amount of $1,094.97, totaling $31,823.97, for the period from June 1, 2020 through November 24, 2020 (the "**Final Application Period**") , and the payments of such amounts received to date; and

(iii)   authority to receive payment, by payment from the Debtors or by applying the Retainer, of amounts not yet received for the Final Application Period for a total of $10,728.36, including:

a.      the 20% holdback of fees under *Order Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals* [Doc. 136] (the "**Compensation Procedures Order**") in the amount of $5,163.60 (the "**Holdback Amounts**"); and

b.      the fees in the amount of $4,911.00 and expenses in the amount of $653.76, for a total of $5,564.76 for November 1 through November 24, 2020, which were not requested in a monthly fee statement.

As detailed herein and summarized in the Fee Application Summary, created pursuant to Rule 2016(a)(1) of the Local Bankruptcy Rules and Appendix B-Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. 330 by Attorneys in Larger Chapter 11 Cases established by the United States Trustee Program (the "**UST Guidelines**"), and attached hereto as **Exhibit A**, Waller has expended 63.1 hours in this representation of the Debtors during the Final Application Period, at an average hourly rate of $486.99. Since the Petition Date, Waller has expended 643.3 hours at an average hourly rate of $451.30. In support thereof, Waller respectfully states and represents:

## NARRATIVE SUMMARY

1. On May 16, 2019 (the "**Petition Date**"), each of the Debtors commenced cases under chapter 11 of the Bankruptcy Code (the "**Chapter 11 Cases**"). The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No request for the appointment of a trustee or examiner has been made. An official committee of unsecured creditors (the "**Committee**") was appointed on June 4, 2019.

2. The Debtors were, as of the Petition Date the owner/operators of approximately 53 Long John Silver's ("**LJS**") and/or A&W Restaurants ("**A&W**") located in Texas, Oklahoma, Kansas, and Arkansas, employing approximately 610 non-insiders. As of this date, all of the stores have either been closed or transferred.

3. The Court approved the retention of the law firm of Waller as counsel for the Debtors in this case *nunc pro tunc* as of the Petition Date by an order entered June 25, 2019 [Doc. 117] (the "**Retention Order**").

4. Waller received $100,000.00 as a prepetition retainer on behalf of the Debtors, of which $60,316.50 remained as of the filing of these cases. As of the date of this Application, $18,709.33 remains in the retainer.

5. Pursuant to the Retention Order and Local Rules, Waller has served as the Debtors' bankruptcy counsel with all fees, expenses and payments from the retainer subject to Bankruptcy Court approval. As stated above, the Fee Application Summary required by Rule 2016(a)(1) of the Local Bankruptcy Rules and the UST Guidelines is attached hereto as **Exhibit A**.

6. For Waller's representation of the Debtors, the Application requests fees on an overall blended hourly rate of $486.99 during the Final Application Period and $451.30 since the

Petition Date.  Specifically, the professionals and paraprofessionals involved in the representation

and their hourly rates, fees and hours billed during the Final Application Period are listed below:

| PROFESSIONAL/ PARAPROFESSIONAL | TITLE | HOURLY RATE | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|---|
| Eric J. Taube | Partner | $695 | 0.3 | $208.50 |
| Mark C. Taylor | Partner | $595 | 45.5 | $27,072.50 |
| Evan J. Atkinson | Associate | $320 | 2.9 | $928.00 |
| Ann Marie Jezisek | Paralegal | $175 | 11.0 | $1,925.00 |
| Kristen D. Warner | Paralegal | $175 | 3.4 | $595.00 |
| **TOTAL** | | | **63.1** | **$30,729.00** |

7. Waller has filed four prior Applications in this case:

a. The first, filed on October 15, 2019 [Doc. 237] (the "**First Interim Application**"), requesting fees earned in the amount of $158,498.50 and expenses incurred in the amount of $19,825.25, totaling $178,323.75, which was approved by the Court on November 13, 2019 [Doc. 255] (the "**First Interim Application Order**").  All amounts have been paid for the First Interim Application;

b. The second, filed on January 14, 2020 [Doc. 311] (the "**Second Interim Application**"), requesting fees earned in the amount of $44,486.00 and expenses incurred in the amount of $5,221.80, totaling $49,707.80 which was approved by the Court on February 10, 2020 [Doc. 321] (the "**Second Interim Application Order**").  All amounts have been paid for the Second Interim Application; and

c. The third, filed on April 14, 2020 [Doc. 359] (the "**Third Interim Application**"), requesting fees earned in the amount of $44,094.00 and expenses incurred in the amount of $4,047.52, totaling $48,141.52, which was approved by the Court on May 11, 2020 [Doc. 384] (the "**Third Interim Application Order**").  All amounts have been paid for the Third Interim Application.

d. The fourth, filed on July 15, 2020 [Doc. 434] (the "**Fourth Interim Application**"), requesting fees earned in the amount of $12,516.50 and expenses incurred in the amount of $1,912.20, totaling $14,428.70, which was approved by the Court on August 12, 2020 [Doc. 467] (the "**Fourth Interim Application Order**").  All amounts have been paid for the Fourth Interim Application.

8. Further, as authorized by the *Order Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals* [Doc. 136], which authorizes the payment by payment from the Debtors or from the Retainer of 80% of the fees and 100% of

expenses incurred, as of the date of this Application, Waller has received (through payments from the Debtors or application from the Retainer) $20,654.40 in fees and $441.21 in expenses incurred for this Final Application Period. Since the Petition Date, Waller has received a total of $280,249.40 in fees and $31,447.98 in expenses.

9. The Debtors' representatives have reviewed the monthly fee statements requesting fees and expenses and have approved the amounts requested herein.

10. This Application covers the period from June 1, 2020 through November 24, 2020 (the "**Final Application Period**").[2]

11. The Compensation Support Exhibit and Reimbursement Support Exhibit required by Rule 2016(a)(2) and (3) of the Local Bankruptcy Rules is given in the form of Waller's monthly fee statements for the months of June, July, August, September and October 2020 (the "**Monthly Fee Statements**"). These statements are attached hereto as **Exhibits B-1, B-2, B-3, B-4 and B-5**. The invoice for the period from November 1 through November 24, 2020 (the "**November Invoice**") is attached hereto as **Exhibit B-6**.

12. All receipts for expenses in excess of $100.00 will be made available upon request.

## CASE STATUS

13. Since the Petition Date, Debtors have operated as debtors in possession pursuant to the Bankruptcy Code. The Debtors and their professionals have successfully preserved the Debtors' assets and operations pursuant to the Bankruptcy Code and under the supervision of this Court. Debtors were able to close unprofitable stores, and the remaining stores were sold pursuant

[2] The Application does not request approval of fees or expenses incurred after that date.

to this Court's Order dated January 28, 2020.  The Court entered an order confirming the Plan of Liquidation on November 24, 2020.

## **SERVICES RENDERED BY APPLICANT**

14.     The Monthly Fee Statements and the November Invoice are attached hereto as **Exhibits B-1 through B-6**.  The descriptions below relate only to services performed during the Final Application Period; services for prior periods are described in the First, Second, Third and Fourth Interim Applications.

a.      CB13 - Case Administration. This category is the "catch-all" for coordination and compliance activities not covered in another category.  Among other things, this category includes numerous coordination and compliance matters, including preparation of initial and amended statements of financial affairs and schedules; preparation of documents for the United States Trustee such as interim statements and operating reports; contact with the United States Trustee; and addressing general creditor inquiries. Waller has expended 5.2 hours, totaling $2,086.50 in this category.

b.      CB14 - Claims and Other Contested Matters.  This category includes the specific claim inquiries; bar date motions; analyses, objections and allowances of claims, as well as contested matters.  Waller has expended 29.0 hours, totaling $15,227.00 in this category.

c.      CB15 - Fee and Employment Applications. This category includes work on preparations of employment and fee applications for this firm or others; motions to establish interim procedures; and related work. Waller has expended 9.7 hours, totaling $2,117.50 in this category.

d.   <u>CB16 - Plan and Disclosure Statement</u>.  This category includes work related to formulating and drafting a plan and disclosure statement and for time spent in connection with the confirmation hearing.  Waller has expended 18.6 hours, totaling $10,941.00 in this category.

e.   <u>CB20 - Sale Process</u>.  This category includes time for issues relating to sale of the Debtors' assets. Waller has expended 0.6 hours, totaling $357.00 in this category.

### EXPENSES INCURRED BY WALLER

15.    Expenses for the Final Application Period are itemized on the Monthly Fee Statements and the November Invoice are attached hereto as **Exhibits B-1 through B-6** and summarized by category on **Exhibit C**.

16.    Waller has incurred $1,094.97 in reasonable and necessary expenses relating to its representation of the Debtors during the Final Application Period in this case.  The expenses during the Final Application Period relate to mailout services (by outside services), including photocopying, postage, and delivery services[3].  Since the Petition Date, Waller has incurred a total of $32,101.74 in reasonable and necessary expenses relating to its representation of the Debtors in this case.  Pursuant to the Retention Order and subject to Bankruptcy Court approval, Waller is entitled to reimbursement of actual and necessary expenses incurred in the rendition of its services to the Debtors.  In explanation of certain expense categories, Waller states as follows:

a.   <u>Copying</u>.  Waller charges 20 cents per page for photocopying and 30 cents per page for color photocopying.  The charge is reasonable in view of the fact that (i) the rate is the same rate charged by Waller to other clients, and (ii) the clerk of this Court charges 50 cents per page, not including certification, for copies.

b.   <u>Computer Research</u>.  Charges for use of Westlaw and other on-line research tools are charged only to clients whose situation require the use of such

---

[3] As stated above, copies of all receipts relating to outside or third-party expenses in excess of $100.00 will be made available upon request

tools, thus reducing costs to the clients as much as possible. Those on-line services are invaluable for up-to-date research, allowing rapid access to numerous resources that might otherwise be difficult to obtain. The charge to clients is the same as that charged to Waller by the provider of the services.

c. <u>Delivery Services</u>. On occasion, overnight or hand-delivery of documents and other materials is required to expedite receipt of critical documents or information. Since many clients do not require such expedited service, Waller bills such services directly to the client needing them, instead of including the services as a component of hourly rates. Waller charges the client the cost of such service. There is no charge when an employee of Waller hand delivers packages; a procedure which is employed whenever possible.

17.    Waller has made every effort to minimize its disbursements in this case. The expenses incurred in the rendition of professional services are necessary, reasonable and justified under the circumstances to serve the needs of the Debtors, their estates and creditors.

## LEGAL STANDARDS

18.    Pursuant to section 330 of the Bankruptcy Code, this Court may award to professional persons employed under section 327 reasonable compensation for actual, necessary services rendered and reimbursement for actual, necessary expenses incurred.

19.    The Fifth Circuit has "made clear that the lodestar, *Johnson* factors, and § 330 [of the Bankruptcy Code] coalesce[ ] to form the framework that regulates the compensation of professionals employed by the bankruptcy estate." *In re Pilgrim's Pride*, 690 F.3d 650, 656 (5th Cir. 2012).

20.    "Under this framework, bankruptcy courts must first calculate the amount of the lodestar." *Id*. To apply the lodestar approach, the Court determines a reasonable attorney fee in a case by multiplying the number of hours expended by an hourly rate. *Pennsylvania v. Delaware Valley Citizens' Counsel for Clean Air*, 478 U.S. 456 (1987).

21.     After calculating the lodestar, the Court "then may adjust the lodestar up or down based on the factors contained in § 330 and [its] consideration of the twelve factors listed in *Johnson*." *Pilgrim's Pride*, 690 F.3d at 656 (quoting *In re Cahill*, 428 F.3d 536, 540 (5th Cir. 2005)).

22.     Section 330 of the Bankruptcy Code instructs the Court to "tak[e] into account all relevant factors, including—

a.      The time spent on such services;

b.      The rates charged for such services;

c.      Whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

d.      Whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

e.      With respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

f.      Whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

*Pilgrim's Pride*, 690 F.3d at 655-56 (quoting 11 U.S.C. § 330(a)(3)).

23.     The twelve *Johnson* factors include the time and labor required; the novelty and difficulty of the questions; the skill requisite to perform the legal service properly; the preclusion of other employment by the attorney due to acceptance of the case; the customary fee; whether the fee is fixed or contingent; time limitations imposed by the client or circumstances; the amount involved and the results obtained; the experience, reputation and ability of the attorneys; the undesirability of the case; the nature and length of the profession of relationship with the client;

and awards in similar cases.  *See Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714, 717-19 (5th Cir. 1974).

24.     Under each of the guidelines, Waller submits the fees requested herein are fair and reasonable.

### APPLICATION OF GUIDELINES

25.     As required by the first step of the two-step analysis imposed by section 330(a)(1) analysis, all services rendered in this case by Waller were necessary and appropriate.  The actions taken by Waller were essential to preserving the value of the assets for the estate, and in attempting to effect a reorganization for the benefit of all creditors.

26.     Likewise with respect to the second step of the analysis, the compensation sought by Waller is competitive.  Waller primarily committed the bankruptcy expertise of partner Mark C. Taylor, who, during the Application period, worked closely with the Debtors to control fees and expenses related to these bankruptcy proceedings by working to resolve issues by agreement. Waller also extensively utilized non-billing personnel to provide the attorneys with support.  Many services rendered by Waller's non-billing personnel are regularly allowed as paralegal services in similar representations.  Waller's staffing decisions resulted in efficient case management.  The issues in this bankruptcy case have been addressed promptly, properly and with no duplication.

27.     Under the lodestar method, in aggregate, Waller rendered 63.1 hours of service at an overall blended hourly rate of $486.99 during the Final Application Period, and since the Petition Date, rendered 643.3 hours at a rate of $451.30.  The overall blended hourly rate is higher than the rate recommended in this district because Waller did not layer this representation with unnecessary paralegal and junior attorneys to lower the average.  However, such hourly rate is significantly lower than the hourly rate normally charged for cases of this size and complexity.

The issues in this case have been addressed by drawing on the expertise of Mr. Taylor, not by extensive hours in a library or litigating.

28.    The twelve *Johnson* factors also support approval of the fees requested in this case.

a.    <u>Time and Labor Required</u>.  Waller expended 63.1 hours to represent the Debtors in the Final Application Period.  Applicant attempted to avoid overlap and layering of attorneys, and sought to assign matters to associates or to paralegal and other support staff where possible.

b.    <u>Novelty and Difficulty of the Questions</u>.  Representation of the Debtors and the size of this bankruptcy case involved difficult issues and negotiations with many different parties.

c.    <u>Skill Required</u>.  This case requires a high amount of skill because of its size, speed and the need to, among other things, negotiate a variety of complicated issues that arose with landlords, creditors, and the franchisors.

d.    <u>Preclusion of Other Employment</u>.  This representation has not caused significant dislocation or preclusion of other employment by Waller.

e.    <u>Customary Fee</u>.  If this case were not one under the Bankruptcy Code, Waller would charge the Debtor, and expect to receive on a current basis, an amount at least equal to the amounts herein requested for the professional services rendered.  Waller represents and would demonstrate that the fees are competitive for this region and customary for the degree of skill and expertise required in the representation of Debtor by other experienced bankruptcy practitioners and other professionals in this district.

f.      <u>Fixed or Contingent Fee</u>.  Waller accepted this representation on an hourly basis with a retainer approved by the Bankruptcy Court.  Collection of all amounts are, by their nature, contingent on the ability of the Debtor to pay.

g.      <u>Time Limitations</u>.  Time limitation was not a significant factor.

h.      <u>Amounts and Results</u>.  Waller assisted the Debtors in preserving the Debtors' assets, maintaining the operations of the Debtors, negotiating and obtaining use of cash collateral and debtor-in-possession financing, and establishing the sale process.  Waller has also been working closely with the Committee and, when appropriate, the franchisors to ensure an efficient resolution of the cases.  As discussed above, the Firm has assisted the Debtors in closing the sale of its remaining stores.  The Firm worked with Committee on the Plan of Liquidation and the confirmation of the Plan.

i.      <u>Experience, Reputation and Ability</u>.  Mr. Taylor is highly experienced in creditors' rights and debtor protection work, and has been actively involved in many bankruptcy cases in the Western District of Texas and elsewhere.  The attorneys at Waller enjoy a reputation as providing quality legal services without inefficiencies and duplications which occasionally occur in representations by larger, full service firms.

j.      <u>Undesirability of the Case</u>.  There are no particular undesirable features of this case.

k.      <u>Relationship with Client</u>.  Waller had no pre-existing relationship with the Debtors until selected by it for prepetition consultation on debt restructuring and bankruptcy.  The Debtors chose Waller because of its reputation in matters of this type.

l.      <u>Awards in Similar Cases</u>.  The compensation sought by Waller is this case is the commensurate rates sought by professionals in other cases in this district.

## CONCLUSION

For the foregoing reasons, Waller requests approval of the fees and expenses as set forth above.

Respectfully submitted,

WALLER LANSDEN DORTCH & DAVIS, LLP

/s/ *Mark C. Taylor*

Eric Taube (Bar No. 19679350)
Mark Taylor (Bar No. 19713225)
Evan J. Atkinson (Bar No. 24091844)
100 Congress Avenue, Suite 1800
Austin, Texas 78701
(512) 685-6400
(512) 685-6417 (FAX)
Email: Eric.Taube@wallerlaw.com
             Mark.Taylor@wallerlaw.com
             Evan.Atkinson@wallerlaw.com

*Attorneys for the Debtors and*
*Debtors in Possession*

**CERTIFICATION PURSUANT TO UNIFORM RULES, EXHIBIT H, SECTION I.G**

I hereby certify that I have (1) read this Application; (2) to the best of my knowledge, information and belief, the compensation and expense reimbursement sought is in conformity with the Guidelines for Compensation and Expense Reimbursement for Professionals, except as may be specifically noted in the Application; and (3) the compensation and expense reimbursement requested are billed at rates, in accordance with practices, no less favorable than those customarily employed by the Applicant and generally accepted by the Applicant's clients.

By: *      /s/ Mark C. Taylor*
        Mark C. Taylor

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Application has been served by the Court's ECF e-filing notification on all parties receiving such notices on February 4, 2021 (as listed on the service list attached hereto).  The Fee Application Summary, attached hereto as **Exhibit A**, has been served on all parties on the service list attached thereto as specified in its Certificate of Service.

*/s/ Mark C. Taylor*
Mark C. Taylor

## <u>MASTER SERVICE LIST - ECF PARTIES ONLY</u>

**<u>Counsel to Unsecured Creditors Committee</u>**
Stephen A. Roberts
Clark Hill Strasburger
720 Brazos, Suite 700
Austin, TX 78701

**<u>Parties of Interest and Requesting Notice</u>**
Karen Carden Walsh
Riggs, Abney, Neal, Turpen, Orbison & Lewis P.C.
Frisco Building
502 West Sixth Street
Tulsa, OK 74119-1010

Office of the U.S. Trustee
Attn: James Rose
615 E. Houston Street, Suite 533
San Antonio, TX 78205

Jeanmarie Baer
Perdue, Brandon, Fielder, Collins & Mott, LLP
PO Box 8188
Wichita Falls, TX 76307

Tara LeDay
McCreary, Veselka, Bragg & Allen, PC
P.O. Box 1269
Round Rock, TX 78680

Laura J. Monroe
Perdue, Brandon, Fielder, Collins & Mott, LLP
PO Box 817
Lubbock, TX 79408

Edward M. King
Frost Brown Todd LLC
400 W. Market Street, 32nd Fl.
Louisville, KY 40202

John Mark Stern
Assistant Attorney General
Bankruptcy & Collections
Division MC 008
P.O. Box 12548
Austin, TX 78711-2548

Don Stecker
Linebarger Goggan Blair & Sampson, LLP
711 Navarro Street, Ste 300
San Antonio, TX 78205

Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207

Lynn H. Butler
Husch Blackwell LLP
111 Congress Ave., Suite 1400
Austin, TX 78701

Jameson J. Watts
Husch Blackwell LLP
111 Congress Ave., Suite 1400
Austin, TX 78701

Jeff Resnick
Jeff Resnick, P.C.
6440 North Central Expwy., #501
Dallas, TX 75206

Vancouver Land Law Corp.
c/o Cassie N. Crawford
PO Box 61488
Vancouver, WA 98666

John D. Elrod
Greenberg Traurig, LLP
Terminus 200 - Suite 2500
3333 Piedmont Road, NE
Atlanta, Georgia 30305

Mark A. Platt, Esq.
Frost Brown Todd LLC
100 Crescent Court, Suite 350
Dallas, TX 75201

Stephen W. Sather
Barron & Newburger, P.C.
7320 N. Mopac Expy., Ste. 400
Austin, TX 78731

Jason M. Rudd
J. Robertson Clarke

Wick Phillips Gould & Martin, LLP
3131 McKinney Avenue, Suite 100
Dallas, TX 75204

Patrick H. Autry
Branscomb PLLC
8023 Vantage Drive
Suite 560
San Antonio, TX 78230

JLou Properties, LLC
c/o Bart A. Boren
Williams, Boren & Associates, P.C.
401 N. Hudson Ave., Suite 200
Oklahoma City, OK 73102

Law Offices of Dana A. Ehrlich
Ms. Dana A. Ehrlich
P.O. Box 1831
San Angelo, TX 76902

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| TAJAY RESTAURANTS, INC., *et al.* | § | Case No. 19-70067-TMD |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |
| | § | |

**SUMMARY FOR FIFTH AND FINAL FEE APPLICATION OF WALLER LANSDEN DORTCH & DAVIS LLP, COUNSEL TO DEBTORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED**

> **This pleading requests relief that may be adverse to your interests.**
>
> **If no timely response is filed within 21 days from the date of service, the relief requested herein may be granted without a hearing being held.**
>
> **A timely filed response is necessary for a hearing to be held.**

TO THE HONORABLE TONY M. DAVIS, U.S. BANKRUPTCY JUDGE:

The firm of Waller Lansden Dortch & Davis LLP ("**Waller**" or "**Applicant**"), counsel to the above-captioned debtors and debtors-in-possession. (the "**Debtors**") in the above-captioned chapter 11 cases, submits its Summary for its Fifth and Final Application for Allowance of Compensation for Services Rendered and Reimbursement for Expenses Incurred ("**Application**"). The following is a summary of the information detailed in the Application.

    A.    **Client.** The Debtors, Yummy Seafoods, LLC, Yummy Holdings, LLC and Tajay Restaurants, Inc.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Yummy Seafoods, LLC (5494); Yummy Holdings, LLC (5580); and Tajay Restaurants, Inc. (3602). The mailing address for the Debtors, solely for purposes of notices and communications, is 3304 Essex Drive, Richardson, Texas 75082.

B.      **Requesting Applicant/Firm.**  Waller is the Debtors' counsel in the bankruptcy case.

C.      **Total Amount Requested to be Paid and/or Approved:**

1.      **For the Final Application Period (requesting final approval of amounts billed and payments received for such amounts, and authority to receive payments for amounts not yet received)**

- Total Fees Billed: $30,729.00

    o   80% of Total Fees requested in Monthly Fee Statements for June through October 2020: $20,654.40

    o   20% Holdback of Fees in Monthly Fee Statements for June through October 2020: $5,163.60

    o   Fees for November 1 through November 24, 2020: $4,911.00

- Fees Paid to Date: $20,654.40

- Expenses Incurred: $1,094.97

- Expenses Paid to Date: $441.21

**TOTAL FEES AND EXPENSES FOR FINAL APPLICATION PERIOD: $31,823.97**

2.      **For the Prior Interim Application Periods (requesting final approval of (1) amounts previously awarded on an interim basis for the period from May 16, 2019 through May 31, 2020, and (2) payments received for such amounts)**

- Fees Billed and Paid: $259,595.00

- Expenses Incurred and Paid: $31,006.77

**TOTAL FEES AND EXPENSES FOR PRIOR INTERIM APPLICATION PERIODS: $290,601.77**

D. **Pre-Petition Retainer:**

- Pre-petition Retainer as of filing date: $60,316.50

- Retainer remaining as of the date of this Application: $18,709.33

E. **Application Period**

- Final Application Period: June 1, 2020 through November 24, 2020

- Overall Application Period: May 16, 2019 through November 24, 2020

F. **Timekeepers billing time[2] to this representation are:**

| PROFESSIONAL/ PARAPROFESSIONAL | TITLE | HOURLY RATE | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|---|
| Eric J. Taube | Partner | $695 | 0.3 | $208.50 |
| Mark C. Taylor | Partner | $595 | 45.5 | $27,072.50 |
| Evan J. Atkinson | Associate | $320 | 2.9 | $928.00 |
| Ann Marie Jezisek | Paralegal | $175 | 11.0 | $1,925.00 |
| Kristen D. Warner | Paralegal | $175 | 3.4 | $595.00 |
| **TOTAL** | | | **63.1** | **$30,729.00** |

G. **Minimum Fee Increments**: Waller bills time in tenth of hours.

H. **Expenses**: Waller is requesting $1,094.97 in expenses for the Final Application Period. Since the Petition Date, Waller has incurred a total of $32,101.74 in reasonable and necessary expenses relating to its representation of the Debtors in this case. Waller charges 20 cents per page for photocopying; 30 cents per page for color photocopying; and actual charges (no premium) for services provided by third parties.

I. **Amount Allocated for Preparation of this Fee Application**: Waller has not requested fees incurred in drafting this Application.

J. **Prior Applications.** Waller has filed four prior Applications in this case:

1. The first, filed on October 15, 2019 [Doc. 237] (the "**First Interim Application**"), requesting fees earned in the amount of $158,498.50 and expenses incurred in the amount of $19,825.25, totaling $178,323.75, which was approved by the Court on November 13, 2019 [Doc. 255] (the "**First Interim Application Order**"). All amounts have been paid for the First Interim Application;

---

[2] During the Final Application Period.

2.     The second, filed on January 14, 2020 [Doc. 311] (the "**Second Interim Application**"), requesting fees earned in the amount of $44,486.00 and expenses incurred in the amount of $5,221.80, totaling $49,707.80 which was approved by the Court on February 10, 2020 [Doc. 321] (the "**Second Interim Application Order**"). All amounts have been paid for the Second Interim Application;

3.     The third, filed on April 14, 2020 [Doc. 359] (the "**Third Interim Application**"), requesting fees earned in the amount of $44,094.00 and expenses incurred in the amount of $4,047.52, totaling $48,141.52, which was approved by the Court on May 11, 2020 [Doc. 384] (the "**Third Interim Application Order**"). All amounts have been paid for the Third Interim Application.

4.     The fourth, filed on July 15, 2020 [Doc. 434] (the "**Fourth Interim Application**"), requesting fees earned in the amount of $12,516.50 and expenses incurred in the amount of $1,912.20, totaling $14,428.70, which was approved by the Court on August 12, 2020 [Doc. 467] (the "**Fourth Interim Application Order**"). All amounts have been paid for the Fourth Interim Application.

Further, as authorized by the *Order Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals* [Doc. 136], which authorizes the payment by payment from the Debtors or from the Retainer of 80% of the fees and 100% of expenses incurred, as of the date of this Application, Waller has received (through payments from the Debtors or application from the Retainer) $20,654.40 in fees and $441.21 in expenses incurred for this Final Application Period. Since the Petition Date, Waller has received a total of $280,249.40 in fees and $31,447.98 in expenses.

K.     **Other Co-equal or Administrative Claimants in this Case:**

1.     HMP Advisory Holdings, LLC d/b/a Harney Partners, Financial Advisors to Debtors;

2.     Mastodon Ventures, Inc., Investment Banker to Debtors; and

3.     Clark Hill Strasburger, Counsel to the Official Committee of Unsecured Creditors.

Allowance of Waller's Application will not result in the Debtors' estates not being able to pay all co-equal or superior administrative claims in this case.

L.     **Result Obtained.** As detailed in the application, Waller has ensured the Debtors' operations proceeded as smoothly as possible, has represented the Debtors in negotiations with their landlords, creditors and franchisors, and has generally served as lead bankruptcy counsel. Waller has assisted the Debtors in preserving

their assets, maintaining the operations of the Debtors, negotiating and obtaining use of cash collateral and debtor-in-possession financing, establishing the sale process, rejecting certain non-profitable leases and store locations in order to reduce costs and positioning the remaining stores for a sale. The Court has approved the sale, along with assignment and assumption of contracts, subject to the parties submitting an agreed order; the parties are close to resolving all issues, submitting the order and consummating the sale. Waller has also been working closely with the Committee and, when appropriate, the franchisors to ensure an efficient resolution of the cases. The Firm has assisted the Debtors in closing the sale of its remaining stores, and worked with the Committee on the Plan of Liquidation and the confirmation of the Plan

M.      **Rates.** The rates sought herein are reasonable because of the complexity of the case and the expertise of Mark C. Taylor. Mr. Taylor has been involved in numerous Chapter 11 cases as a debtor's counsel. Mr. Taylor has over 25 years' experience representing clients in bankruptcy matters. He has been recognized locally and regionally as an experienced and high qualified bankruptcy professional. The average hourly rate charged by Waller attorneys during the Final Application Period was $486.99. Since the Petition Date, the average hourly rate was $451.30. Moreover, Waller's average hourly rate was not reduced by layers of unnecessary billable personnel. Waller worked with the Debtors to keep expenses down and has spent time in negotiating, not litigating issues in this case. Waller used non-billable personnel in providing substantial support in this representation. Applicant performed services in the following categories during the Application Period:

1.      <u>CB13 - Case Administration</u>. This category is the "catch-all" for coordination and compliance activities not covered in another category. Among other things, this category includes numerous coordination and compliance matters, including preparation of initial and amended statements of financial affairs and schedules; preparation of documents for the United States Trustee such as interim statements and operating reports; contact with the United States Trustee; and addressing general creditor inquiries. Waller has expended 5.2 hours, totaling $2,086.50 in this category.

2.      <u>CB14 - Claims and Other Contested Matters</u>. This category includes the specific claim inquiries; bar date motions; analyses, objections and allowances of claims, as well as contested matters. Waller has expended 29.0 hours, totaling $15,227.00 in this category.

3.      <u>CB15 - Fee and Employment Applications</u>. This category includes work on preparations of employment and fee applications for this firm or others; motions to establish interim procedures; and related work. Waller has expended 9.7 hours, totaling $2,117.50 in this category.

**EXHIBIT A**
**Page 5 of 8**

4. <u>CB16 - Plan and Disclosure Statement</u>. This category includes work related to formulating and drafting a plan and disclosure statement. Waller has expended 18.6 hours, totaling $10,941.00 in this category.

5. <u>CB20 - Sale Process</u>. This category includes time for issues relating to sale of the Debtors' assets. Waller has expended 0.6 hours, totaling $357.00 in this category.

Dated: February 4, 2021
Austin, Texas

Respectfully submitted,

WALLER LANSDEN DORTCH & DAVIS, LLP

/s/ *Mark C. Taylor*
Eric Taube (Bar No. 19679350)
Mark Taylor (Bar No. 19713225)
Evan J. Atkinson (Bar No. 24091844)
100 Congress Avenue, Suite 1800
Austin, Texas 78701
(512) 685-6400
(512) 685-6417 (FAX)
Email: Eric.Taube@wallerlaw.com
        Mark.Taylor@wallerlaw.com
        Evan.Atkinson@wallerlaw.com

*Attorneys for the Debtors and*
*Debtors in Possession*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served upon all parties on the attached Service List either electronically (as an exhibit to the Application) on those parties receiving the Court's ECF service and/or by United States mail on February 4, 2021.

/s/ *Mark C. Taylor*
Mark C. Taylor

## <u>MASTER SERVICE LIST</u>

**<u>Debtors</u>**
Tajay Restaurants, Inc., et al.
3304 Essex Drive
Richardson, TX 75082

**<u>Counsel to Debtors</u>**
Waller Lansden Dortch & Davis
LLP
Attn: Eric J. Taube/Mark C. Taylor
100 Congress Ave., 18th Floor
Austin, TX 78701

**<u>Consolidated 20 Largest
Unsecured Creditors</u>**
DTMJ-1, LLC
Attn: David & Tara Montgomery
5134 Wright Terrace
Stokie, IL 60077

Janda Land Holdings, LLC
c/o Charles Greenough
McAfee & Taft
Two W. Second Street, Suite 1100
Tulsa, OK 74103

Long John Silver's Inc YRSG
PO Box 950111
Louisville, KY 40295

Comptroller of Public Accounts
P O Box 149348
Austin, TX 78714-9348

Dennis Semler Tulsa City Trs
500 S. Denver Ave.
3rd Floor
Tulsa, OK 74103-3840

HBIC LLC
1940 E. Walnut Street
Pasadena, CA 91107

Oklahoma Tax Commission
P O Box 26920
Oklahoma City, OK 73126-0930

Lane Dworkin Properties, LLC
415 Park Avenue
Rochester, NY 14607

Economy Square Inc
210 Park Ave, Suite 2175
Oklahoma City, OK 73102

NADG NNN LJS-AW OK LP
3131 McKinney Avenue
Suite L-10
Dallas, TX 75204

JLou Properties LLC
1613 N. Broadway Ave
Oklahoma City, OK 73103

J & C Property Co.
13505 Montfort Place Suite# 200
Dallas, TX 75240

McLane Food Service Inc
2085 Midway Rd
Carrollton, TX 75006-5063

Real Estate Acquisitions
KJE LLC
5822 Charlotte Dr. Unit 3403
San Jose, CA 95123

Janda Land Holdings, LLC
Attn: David L. Egelston
101 E. Moon Valley Dr.
Phoenix, AZ 84022

STE Ventures, LLC
Attn:  Steven T. Tsang
20028 SE 3rd Circle
Camas, WA 98607

August, August and Lane of
Rochester LLC
72 Canfield Rd.
Pittsford, NY 14534

Burris Valley Ranch, Inc.
c/o Joe C. Lewallen, Jr.
McAfee & Taft
211 North Robinson, 10th Floor
Oklahoma City, OK 73102-7103

Burris Valley Ranch, Inc
7300 N. Comanche
Oklahoma City, OK 73132

AA&L II LLC
72 Canfield Rd.
Pittsford, NY 14534

**<u>Counsel to Unsecured Creditors
Committee</u>**
Stephen A. Roberts
Clark Hill Strasburger
720 Brazos, Suite 700
Austin, TX 78701

**<u>Unsecured Creditors Committee</u>**
DTMJ-1, LLC
Attn:  David Montgomery
5134 Wright Terrace
Skokie, IL 60077

Janda Land Holdings, LLC
Attn:  David Egelston
101 E. Moon Valley Drive
Phoenix, AZ 85022

Mittal & Sons, LLC
Attn:  Naveen Mittal
123 Blue Hill Road
San Antonio, TX 78229

J&C Property Co.
Attn:  Collin Berg
13505 Montfort Place, Suite 200
Dallas, TX 75240

**<u>Parties of Interest and
Requesting Notice</u>**
Kristopher E. Koepsel
A. Grant Schwabe, OBA
Karen Carden Walsh
Riggs, Abney, Neal, Turpen,
Orbison & Lewis P.C.
Frisco Building
502 West Sixth Street
Tulsa, OK 74119-1010

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Office of the U.S. Trustee
Attn:  James Rose
615 E. Houston Street, Suite 533
San Antonio, TX 78205

Jeanmarie Baer
Perdue, Brandon, Fielder, Collins
& Mott, LLP
PO Box 8188
Wichita Falls, TX 76307

Tara LeDay
McCreary, Veselka, Bragg &
Allen, PC
P.O. Box 1269
Round Rock, TX 78680

Laura J. Monroe
Perdue, Brandon, Fielder, Collins
& Mott, LLP
PO Box 817
Lubbock, TX 79408

Michael Hilsabeck
907 South Detroit Ave., Ste. 1100
Tulsa, OK 74120

Jonathan T. Edwards
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309

Edward M. King
Frost Brown Todd LLC
400 W. Market Street, 32nd Fl.
Louisville, KY 40202

John Mark Stern
Assistant Attorney General
Bankruptcy & Collections
Division MC 008
P.O. Box 12548
Austin, TX 78711-2548

Don Stecker
Linebarger Goggan Blair &
Sampson, LLP
711 Navarro Street, Ste 300
San Antonio, TX 78205

Elizabeth Weller
Linebarger Goggan Blair &
Sampson, LLP
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207

Tammy Jones, Pro Se
Oklahoma County Treasurer
320 Robert S. Kerr, Room 307
Oklahoma City, OK 73102

Lynn H. Butler
Husch Blackwell LLP
111 Congress Ave., Suite 1400
Austin, TX 78701

Jameson J. Watts
Husch Blackwell LLP
111 Congress Ave., Suite 1400
Austin, TX 78701

Jeff Resnick
Jeff Resnick, P.C.
6440 North Central Expwy., #501
Dallas, TX 75206

Vancouver Land Law Corp.
c/o Cassie N. Crawford
PO Box 61488
Vancouver, WA 98666

John D. Elrod
Greenberg Traurig, LLP
Terminus 200 - Suite 2500
3333 Piedmont Road, NE
Atlanta, Georgia 30305

Mark A. Platt, Esq.
Frost Brown Todd LLC
100 Crescent Court, Suite 350
Dallas, TX 75201

Stephen W. Sather
Barron & Newburger, P.C.
7320 N. Mopac Expy., Ste. 400
Austin, TX 78731

Jason M. Rudd
J. Robertson Clarke
Wick Phillips Gould & Martin,
LLP
3131 McKinney Avenue, Suite 100
Dallas, TX 75204

Patrick H. Autry
Branscomb PLLC
8023 Vantage Drive
Suite 560
San Antonio, TX 78230

JLou Properties, LLC
c/o Bart A. Boren
Williams, Boren & Associates, P.C.
401 N. Hudson Ave., Suite 200
Oklahoma City, OK 73102

Law Offices of Dana A. Ehrlich
Ms. Dana A. Ehrlich
P.O. Box 1831
San Angelo, TX 76902

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## MIDLAND DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| TAJAY RESTAURANTS, INC., *et al.* | § | Case No. 19-70067-TMD |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |
| | § | |

### MONTHLY FEE STATEMENT OF WALLER LANSDEN DORTCH & DAVIS, LLP, COUNSEL FOR THE DEBTORS, FOR THE PERIOD ENDING JUNE 30, 2020

Respectfully submitted,

WALLER LANSDEN DORTCH & DAVIS, LLP

By: */s/    Mark C. Taylor*
    Eric Taube (Bar No. 19679350)
    Mark Taylor (Bar No. 19713225)
    Cleve Burke (Bar No. 24064975)
    William R. "Trip" Nix, III (Bar No. 24092902)
    Evan J. Atkinson (Bar No. 24091844)
    100 Congress Avenue, Suite 1800
    Austin, Texas 78701
    (512) 685-6400
    (512) 685-6417 (FAX)
    Email:    Eric.Taube@wallerlaw.com
                Mark.Taylor@wallerlaw.com
                Cleveland.Burke@wallerlaw.com
                Trip.Nix@wallerlaw.com
                Evan.Atkinson@wallerlaw.com

*Attorneys for the Debtors and*
*Debtors in Possession*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Yummy Seafoods, LLC (5494); Yummy Holdings, LLC (5580); and Tajay Restaurants, Inc. (3602).  The mailing address for the Debtors, solely for purposes of notices and communications, is 3304 Essex Drive, Richardson, Texas 75082.

## CERTIFICATE OF SERVICE

I hereby certify that I have served this Monthly Fee Statement on the Notice Parties (as defined in the 7/2/19 Order Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals) as listed below via email on this 20th day of July, 2020.

**Debtors**
Tajay Restaurants, et al.
Attn: Omar Misleh
om@ampexbrands.com

**Counsel to Official Committee of Unsecured Creditors**
Stephen A. Roberts
Clark Hill Strasburger
stephen.roberts@clarkhillstrasburger.com

**Counsel for the United States Trustee**
James W. Rose, Jr.
Office of the United States Trustee
for the Western District of Texas
james.rose@usdoj.gov


_/s/ Mark C. Taylor_____
Eric J. Taube/Mark C. Taylor

| Individual | Title | Law School Graduation Year | Partnership Year[2] | Hourly Billing Rate | Aggregate Hours for Tajay Restaurants Inc. | Aggregate Hours for Yummy Holdings, LLC | Aggregate Hours for Yummy Seafoods, LLC | Total Aggregate Hours |
|---|---|---|---|---|---|---|---|---|
| Eric J. Taube | Partner | 1983 | 2016 | $695 | 0 | | 0.3 | 0.3 |
| Mark C. Taylor | Partner | 1987 | 2016 | $595 | 8.3 | | 9.4 | 17.7 |
| Ann Marie Jezisek | Paralegal | N/A | N/A | $175 | 1.5 | | 1.9 | 3.4 |
| **TOTAL HOURS** | | | | | **9.8** | | **11.6** | **21.4** |

| | Tajay Restaurants Inc. | Yummy Holdings, LLC | Yummy Seafoods, LLC | TOTAL |
|---|---|---|---|---|
| TOTAL FEES | $5,201.00 | | $6,134.00 | $11,335.00 |
| FEES REQUESTED AT THIS TIME (80% of total) | $4,160.80 | | $4,907.20 | $9,068.00 |
| EXPENSES REQUESTED (100% of total) | $159.64 | | $159.63 | $319.27 |
| **TOTAL REQUESTED AT THIS TIME** | **$4,320.44** | | **$5,066.83** | **$9,387.27** |

[2] Indicates year of partnership with Waller Lansden Dortch & Davis LLP.

036451-961391/4847-2795-2835.1

Page 3

## SUMMARY OF PREVIOUS FEE STATEMENTS:

| Period Covered | Date Served | Hours Billed | Total Fees | Fees Requested (80% total fees) | Expenses Requested (100%) | Total Requested | Payments Received | Amount Requested in MFS But Not Yet Paid | 20% Holdback of Fees |
|---|---|---|---|---|---|---|---|---|---|
| 5/16/19-6/30/19 | 7/19/19 | 222.4 | $94,833.50 | $75,866.80 | $18,378.70 | $94,245.50 | $94,245.50 | $0.00 | $18,966.70* |
| 7/1/19-7/31/19 | 8/20/19 | 65.4 | $30,847.50 | $24,678.00 | $268.80 | $24,946.80 | $24,946.80 | $0.00 | $6,169.50* |
| 8/1/19-8/31/19 | 9/20/19 | 73.1 | $32,817.50 | $26,254.00 | $1,177.75 | $27,431.75 | $27,431.75 | $0.00 | $6,563.50* |
| 9/1/19-9/30/19 | 10/21/19 | 37.4 | $16,162.00 | $12,929.60 | $4,672.43 | $17,602.03 | $17,602.03 | $0.00 | $3,232.40* |
| 10/1/19-10/31/19 | 11/20/19 | 53.9 | $21,765.00 | $17,412.00 | $394.73 | $17,806.73 | $17,806.73 | $0.00 | $4,353.00* |
| 11/1/19-11/30/19 | 12/13/19 | 12.6 | $6,559.00 | $5,247.20 | $154.64 | $5,401.84 | $5,401.84 | $0.00 | $1,311.80* |
| 12/1/19-12/31/19 | 1/17/20 | 42.3 | $20,426.50 | $16,341.20 | $3,762.89 | $20,104.09 | $20,104.09 | $0.00 | $4,085.30* |
| 1/1/20-1/31/20 | 2/17/20 | 37.4 | $20,273.50 | $16,218.80 | $274.35 | $16,493.15 | $16,493.15 | $0.00 | $4,054.70* |
| 2/1/20-2/29/20 | 3/23/20 | 6.5 | $3,394.00 | $2,715.20 | $10.28 | $2,725.48 | $2,725.48 | $0.00 | $678.80* |
| 3/1/20-3/31/20 | 4/17/20 | 2.8 | $1,246.00 | $996.80 | $203.32 | $1,200.12 | $1,200.12 | $0.00 | $249.20 |
| 4/1/20-4/30/20 | 5/20/20 | 21.3 | $8,767.50 | $7,014.00 | $1,708.88 | $8,722.88 | $0.00 | $8,722.88 | $1,753.50 |
| 5/1/20-5/31/20 | 6/18/20 | 5.1 | $2,503.00 | $2,002.40 | $0.00 | $2,002.40 | $0.00 | $2,002.40 | $500.60 |
| **TOTAL FROM PREVIOUS FEE STATEMENTS** | | **580.2** | **$259,595.00** | **$207,676.00** | **$31,006.77** | **$238,682.77** | **$227,957.49** | **$10,725.28** | **$2,503.30** |

\* These amounts have been paid pursuant to the Orders approving the First, Second and Third Interim Fee Applications of Waller Lansden Dortch & Davis, LLP [Docs. 55, 321 and 384].

Page 4

036451-9613948847-2795-2835.1

**EXHIBIT B-1**
**Page 4 of 11**

**WALLER LANSDEN DORTCH & DAVIS, LLP**
**100 CONGRESS AVENUE, SUITE 1800**
**AUSTIN, TEXAS 78701**
**512-685-6400**
FEDERAL ID NO. 62-0479474

Tajay Restaurants Inc.                                          July 8, 2020
17774 Preston Rd.                                              Invoice 10769549
Dallas, TX  75252                                             Page 1
                                                              Bill Through 06/30/20
                                                              Billing Atty: E. Taube

| | | |
|---|---|---|
| Prior Balance Brought Forward | | $6,869.54 |
| Less Payments Received | | $0.00 |
| Net Forward Balance | | $6,869.54 |

Our Matter #        036718.97148

                Bankruptcy - Chapter 11

| Date | Description | Staff | Hours | Amount |
|---|---|---|---|---|
| 06/01/20 | Emails re: JLou's claim<br>Taylor, Mark C. | CB14 | 0.20 hrs. | $ 119.00 |
| 06/01/20 | Review discovery from JLou<br>Taylor, Mark C. | CB14 | 0.20 hrs. | $ 119.00 |
| 06/01/20 | Prepare for and attend telephonic hearing on Buffalo Gap's application for administrative expense<br>Taylor, Mark C. | CB14 | 0.60 hrs. | $ 357.00 |
| 06/02/20 | Emails re: administrative claims<br>Taylor, Mark C. | CB14 | 0.10 hrs. | $ 59.50 |
| 06/02/20 | Review draft order<br>Taylor, Mark C. | CB14 | 0.10 hrs. | $ 59.50 |
| 06/03/20 | Review several motions for administrative expense claims and calendar response deadlines re: same<br>Jezisek, Ann Marie | CB14 | 0.10 hrs. | $ 17.50 |
| 06/10/20 | Review monthly operating report<br>Taylor, Mark C. | CB13 | 0.10 hrs. | $ 59.50 |
| 06/10/20 | Emails with R. Shannon, and revise order<br>Taylor, Mark C. | CB14 | 0.10 hrs. | $ 59.50 |
| 06/11/20 | Telephone conference with S. Roberts<br>Taylor, Mark C. | CB14 | 0.10 hrs. | $ 59.50 |
| 06/11/20 | Work on objections to administrative claims<br>Taylor, Mark C. | CB14 | 0.20 hrs. | $ 119.00 |

WALLER LANSDEN DORTCH & DAVIS, LLP

Our Matter # 036718.97148
Invoice # 10769549

July 8, 2020
Page 2

| | | | | |
|---|---|---|---|---|
| 06/12/20 | Prepare responses to motion for administrative expense claims filed by Lane and August | | | |
| | Taylor, Mark C. | CB14 | 1.00 hrs. | $ 595.00 |
| 06/15/20 | Emails re: JLou administrative expense motion | | | |
| | Taylor, Mark C. | CB14 | 0.10 hrs. | $ 59.50 |
| 06/18/20 | Prepare response to JLou's motion for administrative claim, and review Lease and case law in connection with same | | | |
| | Taylor, Mark C. | CB14 | 1.00 hrs. | $ 595.00 |
| 06/18/20 | Email to S. Roberts | | | |
| | Taylor, Mark C. | CB13 | 0.10 hrs. | $ 59.50 |
| 06/18/20 | Review Committee's objection to JLou's proof of claim | | | |
| | Taylor, Mark C. | CB14 | 0.10 hrs. | $ 59.50 |
| 06/18/20 | Revise fee statement | | | |
| | Taylor, Mark C. | CB15 | 0.10 hrs. | $ 59.50 |
| 06/18/20 | Draft monthly fee statement, and finalize and serve same | | | |
| | Jezisek, Ann Marie | CB15 | 0.50 hrs. | $ 87.50 |
| 06/19/20 | Review email from Liberty Mutual's counsel | | | |
| | Taylor, Mark C. | CB14 | 0.10 hrs. | $ 59.50 |
| 06/19/20 | Work on disclosure statement | | | |
| | Taylor, Mark C. | CB16 | 1.00 hrs. | $ 595.00 |
| 06/22/20 | Review case law re: contingent administrative expense claims | | | |
| | Taylor, Mark C. | CB14 | 0.30 hrs. | $ 178.50 |
| 06/22/20 | Review emails re: LJS' claim | | | |
| | Taylor, Mark C. | CB14 | 0.20 hrs. | $ 119.00 |
| 06/22/20 | Prepare response to LJS' application for allowance of administrative expense | | | |
| | Taylor, Mark C. | CB14 | 0.30 hrs. | $ 178.50 |
| 06/22/20 | Draft disclosure statement | | | |
| | Taylor, Mark C. | CB16 | 1.00 hrs. | $ 595.00 |
| 06/22/20 | Email to client re: disclosure statement | | | |
| | Taylor, Mark C. | CB16 | 0.10 hrs. | $ 59.50 |
| 06/23/20 | Emails with E. White and O. Misleh re: plan and disclosure statement, and revise disclosure statement | | | |
| | Taylor, Mark C. | CB16 | 0.30 hrs. | $ 178.50 |
| 06/23/20 | Begin drafting fourth interim fee application | | | |
| | Jezisek, Ann Marie | CB15 | 0.40 hrs. | $ 70.00 |
| 06/24/20 | Continue drafting fourth interim fee application | | | |
| | Jezisek, Ann Marie | CB15 | 0.20 hrs. | $ 35.00 |

WALLER LANSDEN DORTCH & DAVIS, LLP

| Our Matter # 036718.97148 | July 8, 2020 |
|---|---|
| Invoice # 10769549 | Page 3 |

| Date | Description | Code | Hours | Amount |
|---|---|---|---|---|
| 06/25/20 | Emails with O. Misleh re: JLou<br>Taylor, Mark C. | CB14 | 0.10 hrs. | $ 59.50 |
| 06/25/20 | Review JLou's reply brief<br>Taylor, Mark C. | CB14 | 0.20 hrs. | $ 119.00 |
| 06/25/20 | Continue drafting fourth interim fee application<br>Jezisek, Ann Marie | CB15 | 0.30 hrs. | $ 52.50 |
| 06/26/20 | Emails and conference call with O. Misleh and E. White<br>Taylor, Mark C. | CB16 | 0.30 hrs. | $ 178.50 |
| 06/26/20 | Review true-up calculation<br>Taylor, Mark C. | CB16 | 0.20 hrs. | $ 119.00 |
| 06/26/20 | Email with O. Misleh<br>Taylor, Mark C. | CB14 | 0.10 hrs. | $ 59.50 |

Total Fees for Professional Services ............................................................. $ 5,201.00

## Summary of Fees

| Timekeeper | Rate / Hr | Hours | Amount |
|---|---|---|---|
| Taylor, Mark C. | 595.00 | 8.30 | $ 4,938.50 |
| Jezisek, Ann Marie | 175.00 | 1.50 | $ 262.50 |
| TOTAL | | 9.80 | $ 5,201.00 |

## Disbursements

| 06/16/20 | digATX (Sandaflor Enterprises LLC)  -  Mailout and copy services | $ 59.35 |
|---|---|---|
| 06/18/20 | digATX (Sandaflor Enterprises LLC)  -  Mailout and copy services | $ 47.98 |
| 06/22/20 | digATX (Sandaflor Enterprises LLC)  -  Mailout and copy services | $ 52.31 |

Total Disbursements............................................................................ $ 159.64

| Total Fees and Disbursements on This Invoice | $ 5,360.64 |
|---|---|
| Plus: Previous Balance Outstanding | $ 6,869.54 |
| PLEASE REMIT TOTAL AMOUNT DUE | $ 12,230.18 |

**WALLER LANSDEN DORTCH & DAVIS, LLP**
**100 CONGRESS AVENUE, SUITE 1800**
**AUSTIN, TEXAS 78701**
**512-685-6400**
FEDERAL ID NO. 62-0479474

Yummy Seafoods, LLC
Omar Misleh
Via Email:
om@ampexbrands.com

July 8, 2020
Invoice 10769550
Page 1
Bill Through 06/30/20
Billing Atty: E. Taube

| | | |
|---|---|---|
| Prior Balance Brought Forward | $6,359.04 |
| Less Payments Received | $0.00 |
| Net Forward Balance | $6,359.04 |

Our Matter #     036451.96139

Bankruptcy - Chapter 11

| Date | Description | | | |
|---|---|---|---|---|
| 06/01/20 | Review post-judgment discovery sent by administrative claimant re: administrative claim<br>Taube, Eric J. | CB14 | 0.20 hrs. | $ 139.00 |
| 06/01/20 | Email to M. Taylor re: post-judgment discovery<br>Taube, Eric J. | CB14 | 0.10 hrs. | $ 69.50 |
| 06/01/20 | Emails re: JLou's claim<br>Taylor, Mark C. | CB14 | 0.20 hrs. | $ 119.00 |
| 06/01/20 | Review discovery from JLou<br>Taylor, Mark C. | CB14 | 0.20 hrs. | $ 119.00 |
| 06/01/20 | Prepare for and attend telephonic hearing on Buffalo Gap's application for administrative expense<br>Taylor, Mark C. | CB14 | 0.60 hrs. | $ 357.00 |
| 06/01/20 | Review, research and respond to email from E. White re: professional fees<br>Jezisek, Ann Marie | CB14 | 0.20 hrs. | $ 35.00 |
| 06/02/20 | Emails re: administrative claims<br>Taylor, Mark C. | CB14 | 0.10 hrs. | $ 59.50 |
| 06/02/20 | Review draft order<br>Taylor, Mark C. | CB14 | 0.10 hrs. | $ 59.50 |
| 06/02/20 | Respond to email from E. White re: professional fees<br>Jezisek, Ann Marie | CB14 | 0.10 hrs. | $ 17.50 |

**EXHIBIT B-1**
**Page 8 of 11**

WALLER LANSDEN DORTCH & DAVIS, LLP

| | | | | |
|---|---|---|---|---|
| 06/02/20 | Review discovery requests from JLou and calendar response deadline re: same | | | |
| | Jezisek, Ann Marie | CB14 | 0.10 hrs. | $ 17.50 |
| 06/03/20 | Review several motions for administrative expense claims and calendar response deadlines re: same | | | |
| | Jezisek, Ann Marie | CB14 | 0.10 hrs. | $ 17.50 |
| 06/10/20 | Review monthly operating report | | | |
| | Taylor, Mark C. | CB13 | 0.10 hrs. | $ 59.50 |
| 06/10/20 | Emails with R. Shannon, and revise order | | | |
| | Taylor, Mark C. | CB14 | 0.10 hrs. | $ 59.50 |
| 06/11/20 | Telephone conference with S. Roberts | | | |
| | Taylor, Mark C. | CB14 | 0.10 hrs. | $ 59.50 |
| 06/11/20 | Work on objections to administrative claims | | | |
| | Taylor, Mark C. | CB14 | 0.20 hrs. | $ 119.00 |
| 06/12/20 | Prepare responses to motion for administrative expense claims filed by Lane and August | | | |
| | Taylor, Mark C. | CB14 | 1.00 hrs. | $ 595.00 |
| 06/15/20 | Emails re: JLou's administrative expense motion | | | |
| | Taylor, Mark C. | CB14 | 0.10 hrs. | $ 59.50 |
| 06/18/20 | Prepare response to JLou's motion for administrative claim, and review Lease and case law in connection with same | | | |
| | Taylor, Mark C. | CB14 | 1.00 hrs. | $ 595.00 |
| 06/18/20 | Email to S. Roberts | | | |
| | Taylor, Mark C. | CB13 | 0.10 hrs. | $ 59.50 |
| 06/18/20 | Review Committee's objection to JLou's proof of claim | | | |
| | Taylor, Mark C. | CB14 | 0.10 hrs. | $ 59.50 |
| 06/18/20 | Revise fee statement | | | |
| | Taylor, Mark C. | CB15 | 0.10 hrs. | $ 59.50 |
| 06/18/20 | Draft monthly fee statement, and finalize and serve same | | | |
| | Jezisek, Ann Marie | CB15 | 0.40 hrs. | $ 70.00 |
| 06/19/20 | Review email from Liberty Mutual's counsel | | | |
| | Taylor, Mark C. | CB14 | 0.10 hrs. | $ 59.50 |
| 06/19/20 | Work on disclosure statement | | | |
| | Taylor, Mark C. | CB16 | 1.00 hrs. | $ 595.00 |
| 06/22/20 | Review case law re: contingent administrative expense claims | | | |
| | Taylor, Mark C. | CB14 | 0.30 hrs. | $ 178.50 |
| 06/22/20 | Review emails re: LJS' claim | | | |
| | Taylor, Mark C. | CB14 | 0.20 hrs. | $ 119.00 |

WALLER LANSDEN DORTCH & DAVIS, LLP

Our Matter # 036451.96139
Invoice # 10769550

July 8, 2020
Page 3

| Date | Description | | | |
|---|---|---|---|---|
| 06/22/20 | Prepare response to LJS' application for allowance of administrative expense<br>Taylor, Mark C. | CB14 | 0.30 hrs. | $ 178.50 |
| 06/22/20 | Draft disclosure statement<br>Taylor, Mark C. | CB16 | 1.00 hrs. | $ 595.00 |
| 06/22/20 | Email to client re: disclosure statement<br>Taylor, Mark C. | CB16 | 0.10 hrs. | $ 59.50 |
| 06/22/20 | Review notice of hearing on motion for administrative claim, and calendar hearing date and related deadlines re: same<br>Jezisek, Ann Marie | CB14 | 0.10 hrs. | $ 17.50 |
| 06/23/20 | Emails with E. White and O. Misleh re: plan and disclosure statement, and revise disclosure statement<br>Taylor, Mark C. | CB16 | 0.30 hrs. | $ 178.50 |
| 06/23/20 | Begin drafting fourth interim fee application<br>Jezisek, Ann Marie | CB15 | 0.40 hrs. | $ 70.00 |
| 06/23/20 | Review notice of hearing on motions for administrative claims, and calendar hearing date and related deadlines re: same<br>Jezisek, Ann Marie | CB14 | 0.10 hrs. | $ 17.50 |
| 06/24/20 | Continue drafting fourth interim fee application<br>Jezisek, Ann Marie | CB15 | 0.20 hrs. | $ 35.00 |
| 06/25/20 | Emails with O. Misleh re: JLou<br>Taylor, Mark C. | CB14 | 0.10 hrs. | $ 59.50 |
| 06/25/20 | Review JLou's reply brief<br>Taylor, Mark C. | CB14 | 0.20 hrs. | $ 119.00 |
| 06/25/20 | Continue drafting fourth interim fee application<br>Jezisek, Ann Marie | CB15 | 0.20 hrs. | $ 35.00 |
| 06/26/20 | Emails and conference call with O. Misleh and E. White<br>Taylor, Mark C. | CB16 | 0.30 hrs. | $ 178.50 |
| 06/26/20 | Review true-up calculation<br>Taylor, Mark C. | CB16 | 0.20 hrs. | $ 119.00 |
| 06/26/20 | Email with O. Misleh<br>Taylor, Mark C. | CB14 | 0.10 hrs. | $ 59.50 |
| 06/30/20 | Work on response to JLou's discovery<br>Taylor, Mark C. | CB14 | 0.50 hrs. | $ 297.50 |
| 06/30/20 | Telephone conference with O. Misleh and A. Singh<br>Taylor, Mark C. | CB14 | 0.30 hrs. | $ 178.50 |
| 06/30/20 | Begin review of documents<br>Taylor, Mark C. | CB14 | 0.30 hrs. | $ 178.50 |

WALLER LANSDEN DORTCH & DAVIS, LLP

Our Matter # 036451.96139                                                    July 8, 2020
Invoice # 10769550                                                               Page 4

---

Total Fees for Professional Services ............................................................. $ 6,134.00

### Summary of Fees

| Timekeeper | Rate / Hr | Hours | Amount |
|---|---|---|---|
| Taube, Eric J. | 695.00 | 0.30 | $ 208.50 |
| Taylor, Mark C. | 595.00 | 9.40 | $ 5,593.00 |
| Jezisek, Ann Marie | 175.00 | 1.90 | $ 332.50 |
| TOTAL | | 11.60 | $ 6,134.00 |

### Disbursements

| | | |
|---|---|---|
| 06/16/20 | digATX (Sandaflor Enterprises LLC)  -  Mailout and copy services | $ 59.34 |
| 06/18/20 | digATX (Sandaflor Enterprises LLC)  -  Mailout and copy services | $ 47.98 |
| 06/22/20 | digATX (Sandaflor Enterprises LLC)  -  Mailout and copy services | $ 52.31 |
| | Total Disbursements............................................................. | $ 159.63 |

| | |
|---|---|
| Total Fees and Disbursements on This Invoice | $ 6,293.63 |
| Plus: Previous Balance Outstanding | $ 6,359.04 |
| PLEASE REMIT TOTAL AMOUNT DUE | $ 12,652.67 |

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### MIDLAND DIVISION

|  |  |  |
|---|---|---|
| In re: | § | Chapter 11 |
|  | § |  |
| TAJAY RESTAURANTS, INC., *et al.* | § | Case No. 19-70067-TMD |
|  | § |  |
| Debtors.[1] | § | (Jointly Administered) |
|  | § |  |

## <u>MONTHLY FEE STATEMENT OF WALLER LANSDEN DORTCH & DAVIS, LLP, COUNSEL FOR THE DEBTORS, FOR THE PERIOD ENDING JULY 31, 2020</u>

Respectfully submitted,

WALLER LANSDEN DORTCH & DAVIS, LLP

By: */s/    Mark C. Taylor*

Eric Taube (Bar No. 19679350)
Mark Taylor (Bar No. 19713225)
Cleve Burke (Bar No. 24064975)
William R. "Trip" Nix, III (Bar No. 24092902)
Evan J. Atkinson (Bar No. 24091844)
100 Congress Avenue, Suite 1800
Austin, Texas 78701
(512) 685-6400
(512) 685-6417 (FAX)
Email:    Eric.Taube@wallerlaw.com
Mark.Taylor@wallerlaw.com
Cleveland.Burke@wallerlaw.com
Trip.Nix@wallerlaw.com
Evan.Atkinson@wallerlaw.com

*Attorneys for the Debtors and*
*Debtors in Possession*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Yummy Seafoods, LLC (5494); Yummy Holdings, LLC (5580); and Tajay Restaurants, Inc. (3602).  The mailing address for the Debtors, solely for purposes of notices and communications, is 3304 Essex Drive, Richardson, Texas 75082.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have served this Monthly Fee Statement on the Notice Parties (as defined in the 7/2/19 Order Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals) as listed below via email on this 14th day of August, 2020.

**<u>Debtors</u>**
Tajay Restaurants, et al.
Attn: Omar Misleh
om@ampexbrands.com

**<u>Counsel to Official Committee of Unsecured Creditors</u>**
Stephen A. Roberts
Clark Hill Strasburger
stephen.roberts@clarkhillstrasburger.com

**<u>Counsel for the United States Trustee</u>**
James W. Rose, Jr.
Office of the United States Trustee
for the Western District of Texas
james.rose@usdoj.gov

*/s/ Mark C. Taylor*
Eric J. Taube/Mark C. Taylor

| Individual | Title | Law School Graduation Year | Partnership Year[2] | Hourly Billing Rate | Aggregate Hours for Tajay Restaurants Inc. | Aggregate Hours for Yummy Holdings, LLC | Aggregate Hours for Yummy Seafoods, LLC | Total Aggregate Hours |
|---|---|---|---|---|---|---|---|---|
| Mark C. Taylor | Partner | 1987 | 2016 | $595 | 3.2 | | 7.7 | 10.9 |
| Ann Marie Jezisek | Paralegal | N/A | N/A | $175 | 1.2 | | 1.0 | 2.2 |
| Kristen D. Warner | Paralegal | N/A | N/A | $175 | 0.0 | | 2.3 | 2.3 |
| **TOTAL HOURS** | | | | | **4.4** | | **11** | **15.4** |

| | Tajay Restaurants Inc. | Yummy Holdings, LLC | Yummy Seafoods, LLC | TOTAL |
|---|---|---|---|---|
| TOTAL FEES | $2,114.00 | | $5,159.00 | $7,273.00 |
| FEES REQUESTED AT THIS TIME (80% of total) | $1,691.20 | | $4,127.20 | $5,818.40 |
| EXPENSES REQUESTED (100% of total) | $60.97 | | $60.97 | $121.94 |
| **TOTAL REQUESTED AT THIS TIME** | **$1,752.17** | | **$4,188.17** | **$5,940.34** |

Page 3

[2] Indicates year of partnership with Waller Lansden Dortch & Davis LLP.

036451-96139/4819-6647-5207.1

## SUMMARY OF PREVIOUS FEE STATEMENTS:

| Period Covered | Date Served | Hours Billed | Total Fees | Fees Requested (80% total fees) | Expenses Requested (100%) | Total Requested | Payments Received | Amount Requested in MFS But Not Yet Paid | 20% Holdback of Fees |
|---|---|---|---|---|---|---|---|---|---|
| 5/16/19-6/30/19 | 7/19/19 | 222.4 | $94,833.50 | $75,866.80 | $18,378.70 | $94,245.50 | $94,245.50 | $0.00 | $18,966.70* |
| 7/1/19-7/31/19 | 8/20/19 | 65.4 | $30,847.50 | $24,678.00 | $268.80 | $24,946.80 | $24,946.80 | $0.00 | $6,169.50* |
| 8/1/19-8/31/19 | 9/20/19 | 73.1 | $32,817.50 | $26,254.00 | $1,177.75 | $27,431.75 | $27,431.75 | $0.00 | $6,563.50* |
| 9/1/19-9/30/19 | 10/21/19 | 37.4 | $16,162.00 | $12,929.60 | $4,672.43 | $17,602.03 | $17,602.03 | $0.00 | $3,232.40* |
| 10/1/19-10/31/19 | 11/20/19 | 53.9 | $21,765.00 | $17,412.00 | $394.73 | $17,806.73 | $17,806.73 | $0.00 | $4,353.00* |
| 11/1/19-11/30/19 | 12/13/19 | 12.6 | $6,559.00 | $5,247.20 | $154.64 | $5,401.84 | $5,401.84 | $0.00 | $1,311.80* |
| 12/1/19-12/31/19 | 1/17/20 | 42.3 | $20,426.50 | $16,341.20 | $3,762.89 | $20,104.09 | $20,104.09 | $0.00 | $4,085.30* |
| 1/1/20-1/31/20 | 2/17/20 | 37.4 | $20,273.50 | $16,218.80 | $274.35 | $16,493.15 | $16,493.15 | $0.00 | $4,054.70* |
| 2/1/20-2/29/20 | 3/23/20 | 6.5 | $3,394.00 | $2,715.20 | $10.28 | $2,725.48 | $2,725.48 | $0.00 | $678.80* |
| 3/1/20-3/31/20 | 4/17/20 | 2.8 | $1,246.00 | $996.80 | $203.32 | $1,200.12 | $1,200.12 | $0.00 | $249.20 |
| 4/1/20-4/30/20 | 5/20/20 | 21.3 | $8,767.50 | $7,014.00 | $1,708.88 | $8,722.88 | $0.00 | $8,722.88 | $1,753.50 |
| 5/1/20-5/31/20 | 6/18/20 | 5.1 | $2,503.00 | $2,002.40 | $0.00 | $2,002.40 | $0.00 | $2,002.40 | $500.60 |
| 6/1/20-6/30/20 | 7/20/20 | 21.4 | $11,335.00 | $9,068.00 | $319.27 | $9,387.27 | $0.00 | $9,387.27 | $2,267.00 |
| TOTAL FROM PREVIOUS FEE STATEMENTS | | 601.6 | $270,930.00 | $216,744.00 | $31,326.04 | $248,070.04 | $227,957.49 | $20,112.55 | $4,770.30 |

* These amounts have been paid pursuant to the Orders approving the First, Second and Third Interim Fee Applications of Waller Lansden Dortch & Davis, LLP [Docs. 55, 321 and 384].

Page 4

036451-96139/4819-6647-5207.1

**EXHIBIT B-2**
**Page 4 of 11**

**WALLER LANSDEN DORTCH & DAVIS, LLP**
**100 CONGRESS AVENUE, SUITE 1800**
**AUSTIN, TEXAS 78701**
**512-685-6400**
FEDERAL ID NO. 62-0479474

Tajay Restaurants Inc.
17774 Preston Rd.
Dallas, TX 75252

August 6, 2020
Invoice 10772961
Page 1
Bill Through 07/31/20
Billing Atty: E. Taube

| | |
|---|---:|
| Prior Balance Brought Forward | $12,230.18 |
| Less Payments Received | $0.00 |
| Net Forward Balance | $12,230.18 |

Our Matter #      036718.97148

Bankruptcy - Chapter 11

| Date | Description | | Hours | Amount |
|---|---|---|---|---:|
| 07/01/20 | Revise and finalize responses to JLou's discovery requests<br>Taylor, Mark C. | CB14 | 0.50 hrs. | $ 297.50 |
| 07/01/20 | Emails and telephone conference with O. Misleh<br>Taylor, Mark C. | CB14 | 0.30 hrs. | $ 178.50 |
| 07/01/20 | Emails with counsel for JLou<br>Taylor, Mark C. | CB14 | 0.20 hrs. | $ 119.00 |
| 07/01/20 | Emails and telephone conference with E. Vaughan<br>Taylor, Mark C. | CB14 | 0.20 hrs. | $ 119.00 |
| 07/01/20 | Review documents<br>Taylor, Mark C. | CB14 | 0.40 hrs. | $ 238.00 |
| 07/06/20 | Emails with S. Roberts<br>Taylor, Mark C. | CB16 | 0.10 hrs. | $ 59.50 |
| 07/09/20 | Review JLou's motion for relief from stay and notice of hearing on same, and calendar hearing date and related deadlines re: same<br>Jezisek, Ann Marie | CB14 | 0.10 hrs. | $ 17.50 |
| 07/09/20 | Emails with M. Taylor re: monthly operating reports, and file reports<br>Jezisek, Ann Marie | CB13 | 0.20 hrs. | $ 35.00 |
| 07/13/20 | Emails with counsel for August and Seven Cousins, and review revised order<br>Taylor, Mark C. | CB14 | 0.20 hrs. | $ 119.00 |
| 07/13/20 | Emails with counsel for JLou<br>Taylor, Mark C. | CB14 | 0.10 hrs. | $ 59.50 |

**EXHIBIT B-2**
**Page 5 of 11**

WALLER LANSDEN DORTCH & DAVIS, LLP

Our Matter # 036718.97148
Invoice # 10772961

August 6, 2020
Page 2

| Date | Description | Code | Hours | Amount |
|---|---|---|---|---|
| 07/14/20 | Emails with counsel for August<br>Taylor, Mark C. | CB14 | 0.10 hrs. | $ 59.50 |
| 07/14/20 | Telephone conference with counsel for JLou<br>Taylor, Mark C. | CB14 | 0.10 hrs. | $ 59.50 |
| 07/15/20 | Revise, finalize and file fee application<br>Jezisek, Ann Marie | CB15 | 0.50 hrs. | $ 87.50 |
| 07/16/20 | Emails with counsel for LJS<br>Taylor, Mark C. | CB14 | 0.10 hrs. | $ 59.50 |
| 07/16/20 | Emails with Court and counsel<br>Taylor, Mark C. | CB14 | 0.10 hrs. | $ 59.50 |
| 07/17/20 | Review monthly fee statement<br>Taylor, Mark C. | CB15 | 0.10 hrs. | $ 59.50 |
| 07/17/20 | Draft monthly fee statement for June<br>Jezisek, Ann Marie | CB15 | 0.20 hrs. | $ 35.00 |
| 07/20/20 | Emails with counsel for JLou<br>Taylor, Mark C. | CB14 | 0.10 hrs. | $ 59.50 |
| 07/20/20 | Finalize and serve monthly fee statement<br>Jezisek, Ann Marie | CB15 | 0.10 hrs. | $ 17.50 |
| 07/24/20 | Revise disclosure statement<br>Taylor, Mark C. | CB16 | 0.50 hrs. | $ 297.50 |
| 07/29/20 | Emails re: administrative claims<br>Taylor, Mark C. | CB14 | 0.10 hrs. | $ 59.50 |
| 07/29/20 | Review notice of hearing on motion re: payment of allowed administrative expense of 4424 Buffalo Gap Road Owner, and calendar hearing date and related deadlines re: same<br>Jezisek, Ann Marie | CB14 | 0.10 hrs. | $ 17.50 |

Total Fees for Professional Services ............................................................ $ 2,114.00

### Summary of Fees

| Timekeeper | Rate / Hr | Hours | Amount |
|---|---|---|---|
| Taylor, Mark C. | 595.00 | 3.20 | $ 1,904.00 |
| Jezisek, Ann Marie | 175.00 | 1.20 | $ 210.00 |
| TOTAL | | 4.40 | $ 2,114.00 |

**EXHIBIT B-2**
**Page 6 of 11**

WALLER LANSDEN DORTCH & DAVIS, LLP

Our Matter # 036718.97148                                          August 6, 2020
Invoice # 10772961                                                         Page 3

**Disbursements**

| | | |
|---|---|---|
| 07/23/20 | digATX (Sandaflor Enterprises LLC) INVOICE#: 3956 DATE: 7/23/2020 Copying and mail out services | $ 60.97 |
| | Total Disbursements............................................................. | $ 60.97 |
| | Total Fees and Disbursements on This Invoice | $  2,174.97 |
| | Plus: Previous Balance Outstanding | $ 12,230.18 |
| | PLEASE REMIT TOTAL AMOUNT DUE | $ 14,405.15 |

**WALLER LANSDEN DORTCH & DAVIS, LLP**
**100 CONGRESS AVENUE, SUITE 1800**
**AUSTIN, TEXAS 78701**
**512-685-6400**
FEDERAL ID NO. 62-0479474

Yummy Seafoods, LLC
Omar Misleh
Via Email:
om@ampexbrands.com

August 6, 2020
Invoice 10772964
Page 1
Bill Through 07/31/20
Billing Atty: E. Taube

| | | |
|---|---|---|
| Prior Balance Brought Forward | | $12,652.67 |
| Less Payments Received | | $0.00 |
| Net Forward Balance | | $12,652.67 |

Our Matter #    036451.96139

Bankruptcy - Chapter 11

| | | | | |
|---|---|---|---|---|
| 07/01/20 | Revise and finalize responses to JLou's discovery requests Taylor, Mark C. | CB14 | 0.50 hrs. | $ 297.50 |
| 07/01/20 | Emails and telephone conference with O. Misleh Taylor, Mark C. | CB14 | 0.30 hrs. | $ 178.50 |
| 07/01/20 | Emails with counsel for JLou Taylor, Mark C. | CB14 | 0.20 hrs. | $ 119.00 |
| 07/01/20 | Emails and telephone conference with E. Vaughan Taylor, Mark C. | CB14 | 0.20 hrs. | $ 119.00 |
| 07/01/20 | Review documents Taylor, Mark C. | CB14 | 0.40 hrs. | $ 238.00 |
| 07/02/20 | Review documents to prepare for production to JLou Taylor, Mark C. | CB14 | 0.60 hrs. | $ 357.00 |
| 07/02/20 | Telephone conference and emails with O. Misleh Taylor, Mark C. | CB13 | 0.40 hrs. | $ 238.00 |
| 07/02/20 | Emails with counsel for JLou Taylor, Mark C. | CB14 | 0.20 hrs. | $ 119.00 |
| 07/02/20 | Review client bank statements; redact account numbers and bates label documents; finalize production and send to M. Taylor Warner, Kristen D. | CB14 | 1.50 hrs. | $ 262.50 |
| 07/06/20 | Emails with counsel for JLou re: discovery Taylor, Mark C. | CB14 | 0.30 hrs. | $ 178.50 |

**EXHIBIT B-2**
**Page 8 of 11**

WALLER LANSDEN DORTCH & DAVIS, LLP

Our Matter # 036451.96139
Invoice # 10772964

August 6, 2020
Page 2

| | | | | |
|---|---|---|---|---|
| 07/06/20 | Review additional documents for production<br>Taylor, Mark C. | CB14 | 0.40 hrs. | $ 238.00 |
| 07/06/20 | Emails with S. Roberts re: insurance<br>Taylor, Mark C. | CB14 | 0.40 hrs. | $ 238.00 |
| 07/06/20 | Emails with S. Roberts<br>Taylor, Mark C. | CB16 | 0.10 hrs. | $ 59.50 |
| 07/07/20 | Telephone conference with counsel for JLou<br>Taylor, Mark C. | CB14 | 0.30 hrs. | $ 178.50 |
| 07/07/20 | Work on document production<br>Taylor, Mark C. | CB14 | 0.20 hrs. | $ 119.00 |
| 07/07/20 | Receipt and review of client documents, review same for sensitive information, bates-label and prepare same for production<br>Warner, Kristen D. | CB14 | 0.80 hrs. | $ 140.00 |
| 07/08/20 | Review and produce additional documents to JLou<br>Taylor, Mark C. | CB14 | 0.30 hrs. | $ 178.50 |
| 07/09/20 | Emails with M. Taylor re: monthly operating reports, and file reports<br>Jezisek, Ann Marie | CB13 | 0.20 hrs. | $ 35.00 |
| 07/13/20 | Emails with counsel for August and Seven Cousins, and review revised order<br>Taylor, Mark C. | CB14 | 0.20 hrs. | $ 119.00 |
| 07/13/20 | Emails with counsel for JLou<br>Taylor, Mark C. | CB14 | 0.10 hrs. | $ 59.50 |
| 07/14/20 | Emails with counsel for August<br>Taylor, Mark C. | CB14 | 0.10 hrs. | $ 59.50 |
| 07/14/20 | Telephone conference with counsel for JLou<br>Taylor, Mark C. | CB14 | 0.10 hrs. | $ 59.50 |
| 07/15/20 | Revise fee application<br>Jezisek, Ann Marie | CB15 | 0.20 hrs. | $ 35.00 |
| 07/16/20 | Emails with counsel for JLou<br>Taylor, Mark C. | CB14 | 0.20 hrs. | $ 119.00 |
| 07/16/20 | Emails with counsel for LJS<br>Taylor, Mark C. | CB14 | 0.10 hrs. | $ 59.50 |
| 07/16/20 | Emails with Court and counsel<br>Taylor, Mark C. | CB14 | 0.10 hrs. | $ 59.50 |
| 07/17/20 | Emails with counsel for JLou<br>Taylor, Mark C. | CB14 | 0.20 hrs. | $ 119.00 |
| 07/17/20 | Email to S. Roberts<br>Taylor, Mark C. | CB14 | 0.10 hrs. | $ 59.50 |

WALLER LANSDEN DORTCH & DAVIS, LLP

Our Matter # 036451.96139
Invoice # 10772964

August 6, 2020
Page 3

| Date | Description | Code | Hours | Amount |
|---|---|---|---|---|
| 07/17/20 | Review JLou's response to claim objection<br>Taylor, Mark C. | CB14 | 0.20 hrs. | $ 119.00 |
| 07/17/20 | Review monthly fee statement<br>Taylor, Mark C. | CB15 | 0.10 hrs. | $ 59.50 |
| 07/17/20 | Draft monthly fee statement for June<br>Jezisek, Ann Marie | CB15 | 0.20 hrs. | $ 35.00 |
| 07/20/20 | Emails with counsel for JLou<br>Taylor, Mark C. | CB14 | 0.10 hrs. | $ 59.50 |
| 07/20/20 | Review order continuing hearing on JLou's administrative expense claim, and calendar new hearing date and related deadlines re: same<br>Jezisek, Ann Marie | CB14 | 0.10 hrs. | $ 17.50 |
| 07/20/20 | Finalize and serve monthly fee statement<br>Jezisek, Ann Marie | CB15 | 0.10 hrs. | $ 17.50 |
| 07/21/20 | Review notice of hearing on JLou's amended motion for relief from stay, and calendar hearing date and related deadlines re: same<br>Jezisek, Ann Marie | CB14 | 0.10 hrs. | $ 17.50 |
| 07/23/20 | Prepare response to JLou's motion for relief from stay<br>Taylor, Mark C. | CB14 | 0.50 hrs. | $ 297.50 |
| 07/24/20 | Revise disclosure statement<br>Taylor, Mark C. | CB16 | 0.50 hrs. | $ 297.50 |
| 07/29/20 | Emails re: administrative claims<br>Taylor, Mark C. | CB14 | 0.10 hrs. | $ 59.50 |
| 07/29/20 | Review notice of hearing on Committee's objections to claims of JLou and Liberty Mutual, and calendar hearing date and related deadlines re: same<br>Jezisek, Ann Marie | CB14 | 0.10 hrs. | $ 17.50 |
| 07/30/20 | Emails with counsel for JLou<br>Taylor, Mark C. | CB14 | 0.20 hrs. | $ 119.00 |

Total Fees for Professional Services ............................................................. $ 5,159.00

### Summary of Fees

| Timekeeper | Rate / Hr | Hours | Amount |
|---|---|---|---|
| Taylor, Mark C. | 595.00 | 7.70 | $ 4,581.50 |
| Jezisek, Ann Marie | 175.00 | 1.00 | $ 175.00 |
| Warner, Kristen D. | 175.00 | 2.30 | $ 402.50 |
| TOTAL | | 11.00 | $ 5,159.00 |

**EXHIBIT B-2**
**Page 10 of 11**

WALLER LANSDEN DORTCH & DAVIS, LLP

| | |
|---|---|
| Our Matter # 036451.96139 | August 6, 2020 |
| Invoice # 10772964 | Page 4 |

### Disbursements

| 07/23/20 | digATX (Sandaflor Enterprises LLC) INVOICE#: 3956 DATE: 7/23/2020 Copying and mail out services | $ 60.97 |
|---|---|---|
| | Total Disbursements............................................................. | $ 60.97 |
| | Total Fees and Disbursements on This Invoice | $ 5,219.97 |
| | Plus: Previous Balance Outstanding | $ 12,652.67 |
| | PLEASE REMIT TOTAL AMOUNT DUE | $ 17,872.64 |

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## MIDLAND DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| TAJAY RESTAURANTS, INC., *et al.* | § § | Case No. 19-70067-TMD |
| Debtors.[1] | § § § § | (Jointly Administered) |

## MONTHLY FEE STATEMENT OF WALLER LANSDEN DORTCH & DAVIS, LLP, COUNSEL FOR THE DEBTORS, FOR THE PERIOD ENDING AUGUST 31, 2020

Respectfully submitted,

WALLER LANSDEN DORTCH & DAVIS, LLP

By: */s/    Mark C. Taylor*

Eric Taube (Bar No. 19679350)
Mark Taylor (Bar No. 19713225)
Cleve Burke (Bar No. 24064975)
William R. "Trip" Nix, III (Bar No. 24092902)
Evan J. Atkinson (Bar No. 24091844)
100 Congress Avenue, Suite 1800
Austin, Texas 78701
(512) 685-6400
(512) 685-6417 (FAX)
Email:    Eric.Taube@wallerlaw.com
Mark.Taylor@wallerlaw.com
Cleveland.Burke@wallerlaw.com
Trip.Nix@wallerlaw.com
Evan.Atkinson@wallerlaw.com

*Attorneys for the Debtors and*
*Debtors in Possession*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Yummy Seafoods, LLC (5494); Yummy Holdings, LLC (5580); and Tajay Restaurants, Inc. (3602).  The mailing address for the Debtors, solely for purposes of notices and communications, is 3304 Essex Drive, Richardson, Texas 75082.

## CERTIFICATE OF SERVICE

I hereby certify that I have served this Monthly Fee Statement on the Notice Parties (as defined in the 7/2/19 Order Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals) as listed below via email on this 30th day of September, 2020.

**Debtors**
Tajay Restaurants, et al.
Attn: Omar Misleh
om@ampexbrands.com

**Counsel to Official Committee of Unsecured Creditors**
Stephen A. Roberts
Clark Hill Strasburger
stephen.roberts@clarkhillstrasburger.com

**Counsel for the United States Trustee**
James W. Rose, Jr.
Office of the United States Trustee
for the Western District of Texas
james.rose@usdoj.gov


*/s/ Mark C. Taylor*
Eric J. Taube/Mark C. Taylor

| Individual | Title | Law School Graduation Year | Partnership Year[2] | Hourly Billing Rate | Aggregate Hours for Tajay Restaurants Inc. | Aggregate Hours for Yummy Holdings, LLC | Aggregate Hours for Yummy Seafoods, LLC | Total Aggregate Hours |
|---|---|---|---|---|---|---|---|---|
| Mark C. Taylor | Partner | 1987 | 2016 | $595 | 2.0 | | 4.4 | 6.4 |
| Ann Marie Jezisek | Paralegal | N/A | N/A | $175 | 0.7 | | 0.9 | 1.6 |
| Kristen D. Warner | Paralegal | N/A | N/A | $175 | 0 | | 1.1 | 1.1 |
| **TOTAL HOURS** | | | | | **2.7** | | **6.4** | **9.1** |

| | Tajay Restaurants Inc. | Yummy Holdings, LLC | Yummy Seafoods, LLC | TOTAL |
|---|---|---|---|---|
| TOTAL FEES | $1,312.50 | | $2,968.00 | $4,280.50 |
| FEES REQUESTED AT THIS TIME (80% of total) | $1,050.00 | | $2,374.40 | $3,424.40 |
| EXPENSES REQUESTED (100% of total) | $0.00 | | $0.00 | $0.00 |
| **TOTAL REQUESTED AT THIS TIME** | **$1,050.00** | | **$2,374.40** | **$3,424.40** |

Page 3

[2] Indicates year of partnership with Waller Lansden Dortch & Davis LLP.

036451-96139/4844-1493-9595.1

## SUMMARY OF PREVIOUS FEE STATEMENTS:

| Period Covered | Date Served | Hours Billed | Total Fees | Fees Requested (80% total fees) | Expenses Requested (100%) | Total Requested | Payments Received | Amount Requested in MFS But Not Yet Paid | 20% Holdback of Fees |
|---|---|---|---|---|---|---|---|---|---|
| 5/16/19-6/30/19 | 7/19/19 | 222.4 | $94,833.50 | $75,866.80 | $18,378.70 | $94,245.50 | $94,245.50 | $0.00 | $18,966.70* |
| 7/1/19-7/31/19 | 8/20/19 | 65.4 | $30,847.50 | $24,678.00 | $268.80 | $24,946.80 | $24,946.80 | $0.00 | $6,169.50* |
| 8/1/19-8/31/19 | 9/20/19 | 73.1 | $32,817.50 | $26,254.00 | $1,177.75 | $27,431.75 | $27,431.75 | $0.00 | $6,563.50* |
| 9/1/19-9/30/19 | 10/21/19 | 37.4 | $16,162.00 | $12,929.60 | $4,672.43 | $17,602.03 | $17,602.03 | $0.00 | $3,232.40* |
| 10/1/19-10/31/19 | 11/20/19 | 53.9 | $21,765.00 | $17,412.00 | $394.73 | $17,806.73 | $17,806.73 | $0.00 | $4,353.00* |
| 11/1/19-11/30/19 | 12/13/19 | 12.6 | $6,559.00 | $5,247.20 | $154.64 | $5,401.84 | $5,401.84 | $0.00 | $1,311.80* |
| 12/1/19-12/31/19 | 1/17/20 | 42.3 | $20,426.50 | $16,341.20 | $3,762.89 | $20,104.09 | $20,104.09 | $0.00 | $4,085.30* |
| 1/1/20-1/31/20 | 2/17/20 | 37.4 | $20,273.50 | $16,218.80 | $274.35 | $16,493.15 | $16,493.15 | $0.00 | $4,054.70* |
| 2/1/20-2/29/20 | 3/23/20 | 6.5 | $3,394.00 | $2,715.20 | $10.28 | $2,725.48 | $2,725.48 | $0.00 | $678.80* |
| 3/1/20-3/31/20 | 4/17/20 | 2.8 | $1,246.00 | $996.80 | $203.32 | $1,200.12 | $1,200.12 | $0.00 | $249.20* |
| 4/1/20-4/30/20 | 5/20/20 | 21.3 | $8,767.50 | $7,014.00 | $1,708.88 | $8,722.88 | $8,722.88 | $0.00 | $1,753.50* |
| 5/1/20-5/31/20 | 6/18/20 | 5.1 | $2,503.00 | $2,002.40 | $0.00 | $2,002.40 | $2,002.40 | $0.00 | $500.60* |
| 6/1/20-6/30/20 | 7/20/20 | 21.4 | $11,335.00 | $9,068.00 | $319.27 | $9,387.27 | $9,387.27 | $0.00 | $2,267.00 |
| 7/1/20-7/31/20 | 8/14/20 | 15.4 | $7,273.00 | $5,818.40 | $121.94 | $5,940.34 | $5,940.34 | $0.00 | $1,454.60 |
| **TOTAL FROM PREVIOUS FEE STATEMENTS** | | **617** | **$278,203.00** | **$222,562.40** | **$31,447.98** | **$254,010.38** | **$254,010.38** | **$0.00** | **$3,721.60**$3,721.60 |

*These amounts have been paid pursuant to the Orders approving the First, Second, Third and Fourth Interim Fee Applications of Waller Lansden Dortch & Davis, LLP [Docs. 55, 321, 384 and 467]. The total for this column is amount not yet paid and/or approved for payment.

Page 4

036451-96139/4844-1493-9595.1

# WALLER LANSDEN DORTCH & DAVIS, LLP

**100 CONGRESS AVENUE, SUITE 1800**
**AUSTIN, TEXAS 78701**
**512-685-6400**
FEDERAL ID NO. 62-0479474

Tajay Restaurants Inc.
17774 Preston Rd.
Dallas, TX  75252

September 11, 2020
Invoice 10778324
Page 1
Bill Through 08/31/20
Billing Atty: E. Taube

| | |
|---|---:|
| Prior Balance Brought Forward | $14,405.15 |
| Less Payments Received | $0.00 |
| Net Forward Balance | $14,405.15 |

Our Matter #      036718.97148

Bankruptcy - Chapter 11

| Date | Description | Name | Code | Hours | Amount |
|---|---|---|---|---|---:|
| 08/06/20 | Work on revisions to disclosure statement | Taylor, Mark C. | CB16 | 0.80 hrs. | $ 476.00 |
| 08/07/20 | Draft Plan | Taylor, Mark C. | CB16 | 0.50 hrs. | $ 297.50 |
| 08/07/20 | Emails re: administrative claims | Taylor, Mark C. | CB14 | 0.10 hrs. | $ 59.50 |
| 08/12/20 | Prepare monthly fee statement | Jezisek, Ann Marie | CB15 | 0.50 hrs. | $ 87.50 |
| 08/14/20 | Finalize and serve monthly fee statement | Jezisek, Ann Marie | CB15 | 0.10 hrs. | $ 17.50 |
| 08/14/20 | Emails with M. Taylor re: outstanding amounts due | Jezisek, Ann Marie | CB15 | 0.10 hrs. | $ 17.50 |
| 08/16/20 | Work on revisions to disclosure statement | Taylor, Mark C. | CB16 | 0.20 hrs. | $ 119.00 |
| 08/17/20 | Review monthly operating report | Taylor, Mark C. | CB13 | 0.10 hrs. | $ 59.50 |
| 08/18/20 | Review notice of tax warrant | Taylor, Mark C. | CB13 | 0.10 hrs. | $ 59.50 |
| 08/18/20 | Emails with U.S. Trustee | Taylor, Mark C. | CB13 | 0.10 hrs. | $ 59.50 |
| 08/18/20 | Emails with counsel for insurer | Taylor, Mark C. | CB13 | 0.10 hrs. | $ 59.50 |

Total Fees for Professional Services ................................................................ $ 1,312.50

WALLER LANSDEN DORTCH & DAVIS, LLP

Our Matter # 036718.97148
Invoice # 10778324

September 11, 2020
Page 2

### Summary of Fees

| Timekeeper | Rate / Hr | Hours | Amount |
|---|---|---|---|
| Taylor, Mark C. | 595.00 | 2.00 | $ 1,190.00 |
| Jezisek, Ann Marie | 175.00 | 0.70 | $ 122.50 |
| TOTAL | | 2.70 | $ 1,312.50 |

| | |
|---|---|
| Total Fees and Disbursements on This Invoice | $ 1,312.50 |
| Plus: Previous Balance Outstanding | $ 14,405.15 |
| PLEASE REMIT TOTAL AMOUNT DUE | $ 15,717.65 |

**WALLER LANSDEN DORTCH & DAVIS, LLP**
**100 CONGRESS AVENUE, SUITE 1800**
**AUSTIN, TEXAS 78701**
**512-685-6400**
FEDERAL ID NO. 62-0479474

Yummy Seafoods, LLC
Omar Misleh
Via Email:
om@ampexbrands.com

September 11, 2020
Invoice 10778325
Page 1
Bill Through 08/31/20
Billing Atty: E. Taube

| | | |
|---|---|---:|
| Prior Balance Brought Forward | | $17,872.64 |
| Less Payments Received | | $0.00 |
| Net Forward Balance | | $17,872.64 |

Our Matter #     036451.96139

Bankruptcy - Chapter 11

| Date | Description | Code | Hours | Amount |
|---|---|---|---|---:|
| 08/06/20 | Work on revisions to disclosure statement<br>Taylor, Mark C. | CB16 | 0.70 hrs. | $ 416.50 |
| 08/07/20 | Emails re: administrative claims<br>Taylor, Mark C. | CB14 | 0.10 hrs. | $ 59.50 |
| 08/07/20 | Draft Plan<br>Taylor, Mark C. | CB16 | 0.50 hrs. | $ 297.50 |
| 08/11/20 | Review agreed order resetting hearings on filings related to JLou's claims, and calendar hearing date and deadlines re: same<br>Jezisek, Ann Marie | CB14 | 0.10 hrs. | $ 17.50 |
| 08/12/20 | Work on responses to JLou's second set of discovery requests<br>Taylor, Mark C. | CB14 | 0.30 hrs. | $ 178.50 |
| 08/12/20 | Prepare monthly fee statement<br>Jezisek, Ann Marie | CB15 | 0.50 hrs. | $ 87.50 |
| 08/13/20 | Prepare responses to JLou's second set of discovery requests<br>Taylor, Mark C. | CB14 | 0.60 hrs. | $ 357.00 |
| 08/13/20 | Numerous emails to/from O. Misleh<br>Taylor, Mark C. | CB14 | 0.40 hrs. | $ 238.00 |
| 08/14/20 | Finalize and serve monthly fee statement<br>Jezisek, Ann Marie | CB15 | 0.10 hrs. | $ 17.50 |
| 08/14/20 | Emails with M. Taylor re: outstanding amounts due<br>Jezisek, Ann Marie | CB15 | 0.10 hrs. | $ 17.50 |

WALLER LANSDEN DORTCH & DAVIS, LLP

Our Matter # 036451.96139
Invoice # 10778325

September 11, 2020
Page 2

| Date | Description | Timekeeper | Code | Hours | Amount |
|---|---|---|---|---|---|
| 08/16/20 | Work on revisions to disclosure statement<br>Taylor, Mark C. | CB16 | 0.20 hrs. | $ 119.00 |
| 08/17/20 | Revise and finalize discovery responses<br>Taylor, Mark C. | CB14 | 0.50 hrs. | $ 297.50 |
| 08/17/20 | Review documents for production<br>Taylor, Mark C. | CB14 | 0.30 hrs. | $ 178.50 |
| 08/17/20 | Review monthly operating report<br>Taylor, Mark C. | CB13 | 0.10 hrs. | $ 59.50 |
| 08/17/20 | Emails with O. Misleh<br>Taylor, Mark C. | CB14 | 0.30 hrs. | $ 178.50 |
| 08/17/20 | Emails with B. Bowen<br>Taylor, Mark C. | CB14 | 0.10 hrs. | $ 59.50 |
| 08/17/20 | Receipt and review of client documents; prepare and organize same for production; finalize production and update M. Taylor with same<br>Warner, Kristen D. | CB14 | 1.10 hrs. | $ 192.50 |
| 08/18/20 | Review notice of tax warrant<br>Taylor, Mark C. | CB13 | 0.10 hrs. | $ 59.50 |
| 08/18/20 | Emails with U.S. Trustee<br>Taylor, Mark C. | CB13 | 0.10 hrs. | $ 59.50 |
| 08/18/20 | Emails with counsel for insurer<br>Taylor, Mark C. | CB13 | 0.10 hrs. | $ 59.50 |
| 08/20/20 | Review order resetting hearing on objection to Liberty Mutual's claim, and calendar new hearing date and related deadlines re: same<br>Jezisek, Ann Marie | CB14 | 0.10 hrs. | $ 17.50 |

Total Fees for Professional Services .............................................................. $ 2,968.00

## Summary of Fees

| Timekeeper | Rate / Hr | Hours | Amount |
|---|---|---|---|
| Taylor, Mark C. | 595.00 | 4.40 | $ 2,618.00 |
| Jezisek, Ann Marie | 175.00 | 0.90 | $ 157.50 |
| Warner, Kristen D. | 175.00 | 1.10 | $ 192.50 |
| TOTAL | | 6.40 | $ 2,968.00 |

Total Fees and Disbursements on This Invoice $ 2,968.00
Plus: Previous Balance Outstanding $ 17,872.64

PLEASE REMIT TOTAL AMOUNT DUE $ 20,840.64

**EXHIBIT B-3**
**Page 8 of 8**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| TAJAY RESTAURANTS, INC., *et al.* | § | Case No. 19-70067-TMD |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |
| | § | |

### MONTHLY FEE STATEMENT OF WALLER LANSDEN DORTCH & DAVIS, LLP, COUNSEL FOR THE DEBTORS, FOR THE PERIOD ENDING SEPTEMBER 30, 2020

Respectfully submitted,

WALLER LANSDEN DORTCH & DAVIS, LLP

By: */s/   Mark C. Taylor*
    Eric Taube (Bar No. 19679350)
    Mark Taylor (Bar No. 19713225)
    Cleve Burke (Bar No. 24064975)
    William R. "Trip" Nix, III (Bar No. 24092902)
    Evan J. Atkinson (Bar No. 24091844)
    100 Congress Avenue, Suite 1800
    Austin, Texas 78701
    (512) 685-6400
    (512) 685-6417 (FAX)
    Email:    Eric.Taube@wallerlaw.com
             Mark.Taylor@wallerlaw.com
             Cleveland.Burke@wallerlaw.com
             Trip.Nix@wallerlaw.com
             Evan.Atkinson@wallerlaw.com

*Attorneys for the Debtors and
Debtors in Possession*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Yummy Seafoods, LLC (5494); Yummy Holdings, LLC (5580); and Tajay Restaurants, Inc. (3602).  The mailing address for the Debtors, solely for purposes of notices and communications, is 3304 Essex Drive, Richardson, Texas 75082.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have served this Monthly Fee Statement on the Notice Parties (as defined in the 7/2/19 Order Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals) as listed below via email on this 20th day of October, 2020.

**<u>Debtors</u>**
Tajay Restaurants, et al.
Attn: Omar Misleh
om@ampexbrands.com

**<u>Counsel to Official Committee of Unsecured Creditors</u>**
Stephen A. Roberts
Clark Hill Strasburger
stephen.roberts@clarkhillstrasburger.com

**<u>Counsel for the United States Trustee</u>**
James W. Rose, Jr.
Office of the United States Trustee
for the Western District of Texas
james.rose@usdoj.gov

*/s/ Mark C. Taylor*
Eric J. Taube/Mark C. Taylor

| Individual | Title | Law School Graduation Year | Partnership Year[2] | Hourly Billing Rate | Aggregate Hours for Tajay Restaurants Inc. | Aggregate Hours for Yummy Holdings, LLC | Aggregate Hours for Yummy Seafoods, LLC | Total Aggregate Hours |
|---|---|---|---|---|---|---|---|---|
| Mark C. Taylor | Partner | 1987 | 2016 | $595 | 0.1 | | 0.4 | 0.5 |
| Ann Marie Jezisek | Paralegal | N/A | N/A | $175 | | | | |
| Kristen D. Warner | Paralegal | N/A | N/A | $175 | 0.7 | | 0.7 | 1.4 |
| **TOTAL HOURS** | | | | | **0.8** | | **1.1** | **1.9** |

| | Tajay Restaurants Inc. | Yummy Holdings, LLC | Yummy Seafoods, LLC | TOTAL |
|---|---|---|---|---|
| TOTAL FEES | $182.00 | | $360.50 | $542.50 |
| FEES REQUESTED AT THIS TIME (80% of total) | $145.60 | | $288.40 | $434.00 |
| EXPENSES REQUESTED (100% of total) | $0.00 | | $0.00 | $0.00 |
| **TOTAL REQUESTED AT THIS TIME** | **$145.60** | | **$288.40** | **$434.00** |

[2] Indicates year of partnership with Waller Lansden Dortch & Davis LLP.

036451-96139/4839-7395-5791.1

Page 3

## SUMMARY OF PREVIOUS FEE STATEMENTS:

| Period Covered | Date Served | Hours Billed | Total Fees | Fees Requested (80% total fees) | Expenses Requested (100%) | Total Requested | Payments Received | Amount Requested in MFS But Not Yet Paid | 20% Holdback of Fees |
|---|---|---|---|---|---|---|---|---|---|
| 5/16/19- 6/30/19 | 7/19/19 | 222.4 | $94,833.50 | $75,866.80 | $18,378.70 | $94,245.50 | $94,245.50 | $0.00 | $18,966.70* |
| 7/1/19- 7/31/19 | 8/20/19 | 65.4 | $30,847.50 | $24,678.00 | $268.80 | $24,946.80 | $24,946.80 | $0.00 | $6,169.50* |
| 8/1/19- 8/31/19 | 9/20/19 | 73.1 | $32,817.50 | $26,254.00 | $1,177.75 | $27,431.75 | $27,431.75 | $0.00 | $6,563.50* |
| 9/1/19- 9/30/19 | 10/21/19 | 37.4 | $16,162.00 | $12,929.60 | $4,672.43 | $17,602.03 | $17,602.03 | $0.00 | $3,232.40* |
| 10/1/19- 10/31/19 | 11/20/19 | 53.9 | $21,765.00 | $17,412.00 | $394.73 | $17,806.73 | $17,806.73 | $0.00 | $4,353.00* |
| 11/1/19- 11/30/19 | 12/13/19 | 12.6 | $6,559.00 | $5,247.20 | $154.64 | $5,401.84 | $5,401.84 | $0.00 | $1,311.80* |
| 12/1/19- 12/31/19 | 1/17/20 | 42.3 | $20,426.50 | $16,341.20 | $3,762.89 | $20,104.09 | $20,104.09 | $0.00 | $4,085.30* |
| 1/1/20- 1/31/20 | 2/17/20 | 37.4 | $20,273.50 | $16,218.80 | $274.35 | $16,493.15 | $16,493.15 | $0.00 | $4,054.70* |
| 2/1/20- 2/29/20 | 3/23/20 | 6.5 | $3,394.00 | $2,715.20 | $10.28 | $2,725.48 | $2,725.48 | $0.00 | $678.80* |
| 3/1/20- 3/31/20 | 4/17/20 | 2.8 | $1,246.00 | $996.80 | $203.32 | $1,200.12 | $1,200.12 | $0.00 | $249.20* |
| 4/1/20- 4/30/20 | 5/20/20 | 21.3 | $8,767.50 | $7,014.00 | $1,708.88 | $8,722.88 | $8,722.88 | $0.00 | $1,753.50* |
| 5/1/20- 5/31/20 | 6/18/20 | 5.1 | $2,503.00 | $2,002.40 | $0.00 | $2,002.40 | $2,002.40 | $0.00 | $500.60* |
| 6/1/20- 6/30/20 | 7/20/20 | 21.4 | $11,335.00 | $9,068.00 | $319.27 | $9,387.27 | $9,387.27 | $0.00 | $2,267.00 |
| 7/1/20- 7/31/20 | 8/14/20 | 15.4 | $7,273.00 | $5,818.40 | $121.94 | $5,940.34 | $5,940.34 | $0.00 | $1,454.60 |

036451-96139/4839-7395-5791.1

**EXHIBIT B-4**
**Page 4 of 9**

| Period Covered | Date Served | Hours Billed | Total Fees | Fees Requested (80% total fees) | Expenses Requested (100%) | Total Requested | Payments Received | Amount Requested in MFS But Not Yet Paid | 20% Holdback of Fees |
|---|---|---|---|---|---|---|---|---|---|
| 8/1/20-8/31/20 | 9/30/20 | 9.1 | $4,280.50 | $3,424.40 | $0.00 | $3,424.40 | $0.00 | $3,424.40 | $856.10 |
| **TOTAL FROM PREVIOUS FEE STATEMENTS** | | **626.1** | **$282,483.50** | **$225,986.80** | **$31,447.98** | **$257,434.78** | **$254,010.38** | **$3,424.40** | **$4,577.70** |

*These amounts have been paid pursuant to the Orders approving the First, Second, Third and Fourth Interim Fee Applications of Waller Lansden Dortch & Davis, LLP [Docs. 55, 321, 384 and 467]. The total for this column is amount not yet paid and/or approved for payment.

Page 5

036451-96139/4839-7395-5791.1

**EXHIBIT B-4**
**Page 5 of 9**

**WALLER LANSDEN DORTCH & DAVIS, LLP**
**100 CONGRESS AVENUE, SUITE 1800**
**AUSTIN, TEXAS 78701**
**512-685-6400**
FEDERAL ID NO. 62-0479474

Tajay Restaurants Inc.                                          October 12, 2020
17774 Preston Rd.                                              Invoice 10780765
Dallas, TX  75252                                             Page 1
                                                              Bill Through 09/30/20
                                                              Billing Atty: E. Taube

| | | |
|---|---|---|
| Prior Balance Brought Forward | | $15,717.65 |
| Less Payments Received | | $12,942.15 |
| Net Forward Balance | | $2,775.50 |

Our Matter #     036718.97148

Bankruptcy - Chapter 11

| Date | Description | Code | Hours | Amount |
|---|---|---|---|---|
| 09/14/20 | Review and respond to email from E. White re: outstanding fees<br>Jezisek, Ann Marie | CB15 | 0.10 hrs. | $ 17.50 |
| 09/15/20 | Begin preparing monthly fee statement<br>Jezisek, Ann Marie | CB15 | 0.20 hrs. | $ 35.00 |
| 09/17/20 | Review, research and respond to emails re: application of payments<br>Jezisek, Ann Marie | CB15 | 0.10 hrs. | $ 17.50 |
| 09/17/20 | Continue working on monthly fee statement<br>Jezisek, Ann Marie | CB15 | 0.20 hrs. | $ 35.00 |
| 09/29/20 | Telephone conference with S. Roberts<br>Taylor, Mark C. | CB16 | 0.10 hrs. | $ 59.50 |
| 09/30/20 | Finalize and serve monthly fee statement<br>Jezisek, Ann Marie | CB15 | 0.10 hrs. | $ 17.50 |

Total Fees for Professional Services ............................................................. $ 182.00

**Summary of Fees**

| Timekeeper | Rate / Hr | Hours | Amount |
|---|---|---|---|
| Taylor, Mark C. | 595.00 | 0.10 | $ 59.50 |
| Jezisek, Ann Marie | 175.00 | 0.70 | $ 122.50 |
| TOTAL | | 0.80 | $ 182.00 |

WALLER LANSDEN DORTCH & DAVIS, LLP

| Our Matter # 036718.97148 | October 12, 2020 |
|---|---|
| Invoice # 10780765 | Page 2 |

| | |
|---|---|
| Total Fees and Disbursements on This Invoice | $  182.00 |
| Plus: Previous Balance Outstanding | $ 2,775.50 |
| PLEASE REMIT TOTAL AMOUNT DUE | $ 2,957.50 |

**WALLER LANSDEN DORTCH & DAVIS, LLP**
**100 CONGRESS AVENUE, SUITE 1800**
**AUSTIN, TEXAS 78701**
**512-685-6400**
FEDERAL ID NO. 62-0479474

Yummy Seafoods, LLC
Omar Misleh
Via Email:
om@ampexbrands.com

October 12, 2020
Invoice 10780766
Page 1
Bill Through 09/30/20
Billing Atty: E. Taube

| | | |
|---|---|---|
| Prior Balance Brought Forward | $20,840.64 |
| Less Payments Received | $15,614.04 |
| Net Forward Balance | $5,226.60 |

Our Matter #    036451.96139

Bankruptcy - Chapter 11

| Date | Description | | Hours | Amount |
|---|---|---|---|---|
| 09/11/20 | Emails with S. Roberts re: JLou<br>Taylor, Mark C. | CB14 | 0.30 hrs. | $ 178.50 |
| 09/14/20 | Review and respond to email from E. White re: outstanding fees<br>Jezisek, Ann Marie | CB15 | 0.10 hrs. | $ 17.50 |
| 09/15/20 | Begin preparing monthly fee statement<br>Jezisek, Ann Marie | CB15 | 0.20 hrs. | $ 35.00 |
| 09/17/20 | Review, research and respond to emails re: application of payments<br>Jezisek, Ann Marie | CB15 | 0.10 hrs. | $ 17.50 |
| 09/17/20 | Continue working on monthly fee statement<br>Jezisek, Ann Marie | CB15 | 0.20 hrs. | $ 35.00 |
| 09/29/20 | Telephone conference with S. Roberts<br>Taylor, Mark C. | CB16 | 0.10 hrs. | $ 59.50 |
| 09/30/20 | Finalize and serve monthly fee statement<br>Jezisek, Ann Marie | CB15 | 0.10 hrs. | $ 17.50 |

Total Fees for Professional Services ............................................................. $ 360.50

**EXHIBIT B-4**
**Page 8 of 9**

WALLER LANSDEN DORTCH & DAVIS, LLP

Our Matter # 036451.96139                                    October 12, 2020
Invoice # 10780766                                                     Page 2

**Summary of Fees**

| Timekeeper | Rate / Hr | Hours | Amount |
|---|---|---|---|
| Taylor, Mark C. | 595.00 | 0.40 | $ 238.00 |
| Jezisek, Ann Marie | 175.00 | 0.70 | $ 122.50 |
| TOTAL | | 1.10 | $ 360.50 |

| | |
|---|---|
| Total Fees and Disbursements on This Invoice | $  360.50 |
| Plus: Previous Balance Outstanding | $ 5,226.60 |
| PLEASE REMIT TOTAL AMOUNT DUE | $ 5,587.10 |

**EXHIBIT B-4**
**Page 9 of 9**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND DIVISION**

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| TAJAY RESTAURANTS, INC., *et al.* | § § | Case No. 19-70067-TMD |
| Debtors.[1] | § § § | (Jointly Administered) |

**MONTHLY FEE STATEMENT OF WALLER LANSDEN**
**DORTCH & DAVIS, LLP, COUNSEL FOR THE DEBTORS,**
**FOR THE PERIOD ENDING OCTOBER 31, 2020**

Respectfully submitted,

WALLER LANSDEN DORTCH & DAVIS, LLP

By: */s/    Mark C. Taylor*

Eric Taube (Bar No. 19679350)
Mark Taylor (Bar No. 19713225)
Cleve Burke (Bar No. 24064975)
William R. "Trip" Nix, III (Bar No. 24092902)
Evan J. Atkinson (Bar No. 24091844)
100 Congress Avenue, Suite 1800
Austin, Texas 78701
(512) 685-6400
(512) 685-6417 (FAX)
Email:    Eric.Taube@wallerlaw.com
Mark.Taylor@wallerlaw.com
Cleveland.Burke@wallerlaw.com
Trip.Nix@wallerlaw.com
Evan.Atkinson@wallerlaw.com

*Attorneys for the Debtors and*
*Debtors in Possession*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Yummy Seafoods, LLC (5494); Yummy Holdings, LLC (5580); and Tajay Restaurants, Inc. (3602). The mailing address for the Debtors, solely for purposes of notices and communications, is 3304 Essex Drive, Richardson, Texas 75082.

## CERTIFICATE OF SERVICE

I hereby certify that I have served this Monthly Fee Statement on the Notice Parties (as defined in the 7/2/19 Order Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals) as listed below via email on this 17th day of November, 2020.

**Debtors**
Tajay Restaurants, et al.
Attn: Omar Misleh
om@ampexbrands.com

**Counsel to Official Committee of Unsecured Creditors**
Stephen A. Roberts
Clark Hill Strasburger
stephen.roberts@clarkhillstrasburger.com

**Counsel for the United States Trustee**
James W. Rose, Jr.
Office of the United States Trustee
for the Western District of Texas
james.rose@usdoj.gov

*/s/ Mark C. Taylor*
Eric J. Taube/Mark C. Taylor

| Individual | Title | Law School Graduation Year | Partnership Year[2] | Hourly Billing Rate | Aggregate Hours for Tajay Restaurants Inc. | Aggregate Hours for Yummy Holdings, LLC | Aggregate Hours for Yummy Seafoods, LLC | Total Aggregate Hours |
|---|---|---|---|---|---|---|---|---|
| Mark C. Taylor | Partner | 1987 | 2016 | $595 | 1.8 | | 1.8 | 3.6 |
| Ann Marie Jezisek | Paralegal | N/A | N/A | $175 | 0.8 | | 0.6 | 1.4 |
| **TOTAL HOURS** | | | | | **2.6** | | **2.4** | **5.0** |

| | Tajay Restaurants Inc. | Yummy Holdings, LLC | Yummy Seafoods, LLC | TOTAL |
|---|---|---|---|---|
| TOTAL FEES | $1,211.00 | | $1,176.00 | $2,387.00 |
| FEES REQUESTED AT THIS TIME (80% of total) | $968.80 | | $940.80 | $1,909.60 |
| EXPENSES REQUESTED (100% of total) | $0.00 | | $0.00 | $0.00 |
| **TOTAL REQUESTED AT THIS TIME** | **$968.80** | | **$940.80** | **$1,909.60** |

Page 3

[2] Indicates year of partnership with Waller Lansden Dortch & Davis LLP.
036451-96139/4825-6705-4545.1

## SUMMARY OF PREVIOUS FEE STATEMENTS:

| Period Covered | Date Served | Hours Billed | Total Fees | Fees Requested (80% total fees) | Expenses Requested (100%) | Total Requested | Payments Received | Amount Requested in MFS But Not Yet Paid | 20% Holdback of Fees |
|---|---|---|---|---|---|---|---|---|---|
| 5/16/19-6/30/19 | 7/19/19 | 222.4 | $94,833.50 | $75,866.80 | $18,378.70 | $94,245.50 | $94,245.50 | $0.00 | $18,966.70* |
| 7/1/19-7/31/19 | 8/20/19 | 65.4 | $30,847.50 | $24,678.00 | $268.80 | $24,946.80 | $24,946.80 | $0.00 | $6,169.50* |
| 8/1/19-8/31/19 | 9/20/19 | 73.1 | $32,817.50 | $26,254.00 | $1,177.75 | $27,431.75 | $27,431.75 | $0.00 | $6,563.50* |
| 9/1/19-9/30/19 | 10/21/19 | 37.4 | $16,162.00 | $12,929.60 | $4,672.43 | $17,602.03 | $17,602.03 | $0.00 | $3,232.40* |
| 10/1/19-10/31/19 | 11/20/19 | 53.9 | $21,765.00 | $17,412.00 | $394.73 | $17,806.73 | $17,806.73 | $0.00 | $4,353.00* |
| 11/1/19-11/30/19 | 12/13/19 | 12.6 | $6,559.00 | $5,247.20 | $154.64 | $5,401.84 | $5,401.84 | $0.00 | $1,311.80* |
| 12/1/19-12/31/19 | 1/17/20 | 42.3 | $20,426.50 | $16,341.20 | $3,762.89 | $20,104.09 | $20,104.09 | $0.00 | $4,085.30* |
| 2/17/20 | 2/17/20 | 37.4 | $20,273.50 | $16,218.80 | $274.35 | $16,493.15 | $16,493.15 | $0.00 | $4,054.70* |
| 2/1/20-2/29/20 | 3/23/20 | 6.5 | $3,394.00 | $2,715.20 | $10.28 | $2,725.48 | $2,725.48 | $0.00 | $678.80* |
| 3/1/20-3/31/20 | 4/17/20 | 2.8 | $1,246.00 | $996.80 | $203.32 | $1,200.12 | $1,200.12 | $0.00 | $249.20* |
| 4/1/20-4/30/20 | 5/20/20 | 21.3 | $8,767.50 | $7,014.00 | $1,708.88 | $8,722.88 | $8,722.88 | $0.00 | $1,753.50* |
| 5/1/20-5/31/20 | 6/18/20 | 5.1 | $2,503.00 | $2,002.40 | $0.00 | $2,002.40 | $2,002.40 | $0.00 | $500.60* |
| 6/1/20-6/30/20 | 7/20/20 | 21.4 | $11,335.00 | $9,068.00 | $319.27 | $9,387.27 | $9,387.27 | $0.00 | $2,267.00 |
| 7/1/20-7/31/20 | 8/14/20 | 15.4 | $7,273.00 | $5,818.40 | $121.94 | $5,940.34 | $5,940.34 | $0.00 | $1,454.60 |

036451-96139/4825-6705-4545.1

**EXHIBIT B-5**
**Page 4 of 9**

| Period Covered | Date Served | Hours Billed | Total Fees | Fees Requested (80% total fees) | Expenses Requested (100%) | Total Requested | Payments Received | Amount Requested in MFS But Not Yet Paid | 20% Holdback of Fees |
|---|---|---|---|---|---|---|---|---|---|
| 8/1/20-8/31/20 | 9/30/20 | 9.1 | $4,280.50 | $3,424.40 | $0.00 | $3,424.40 | $3,424.40 | $0.00 | $856.10 |
| 9/1/20-9/30/20 | 10/20/20 | 1.9 | $542.50 | $434.00 | $0.00 | $434.00 | $0.00 | $434.00 | $108.50 |
| **TOTAL FROM PREVIOUS FEE STATEMENTS** | | **628** | **$283,026.00** | **$226,420.80** | **$31,447.98** | **$257,868.78** | **$257,434.78** | **$434.00** | **$4,686.20** |

*These amounts have been paid pursuant to the Orders approving the First, Second, Third and Fourth Interim Fee Applications of Waller Lansden Dortch & Davis, LLP [Docs. 55, 321, 384 and 467]. The total for this column is amount not yet paid and/or approved for payment.

Page 5

036451-96139/4825-6705-4545.1

**WALLER LANSDEN DORTCH & DAVIS, LLP**
**100 CONGRESS AVENUE, SUITE 1800**
**AUSTIN, TEXAS 78701**
**512-685-6400**
FEDERAL ID NO. 62-0479474

Tajay Restaurants Inc.
17774 Preston Rd.
Dallas, TX  75252

November 6, 2020
Invoice 10783943
Page 1
Bill Through 10/31/20
Billing Atty: E. Taube

| | | |
|---|---|---|
| Prior Balance Brought Forward | | $2,957.50 |
| Less Payments Received | | $1,050.00 |
| Net Forward Balance | | $1,907.50 |

Our Matter #      036718.97148

Bankruptcy - Chapter 11

| Date | Description | | Hours | Amount |
|---|---|---|---|---|
| 10/01/20 | Review reconciliation and emails re: plan<br>Taylor, Mark C. | CB16 | 0.20 hrs. | $ 119.00 |
| 10/02/20 | Attend telephone status conference<br>Taylor, Mark C. | CB16 | 0.10 hrs. | $ 59.50 |
| 10/02/20 | Telephone conference and emails with A. Terras<br>Taylor, Mark C. | CB16 | 0.20 hrs. | $ 119.00 |
| 10/02/20 | Telephone conference with S. Roberts<br>Taylor, Mark C. | CB16 | 0.20 hrs. | $ 119.00 |
| 10/13/20 | Review docket entry setting hearing on disclosure statement, and calendar hearing date and related deadlines re: same<br>Jezisek, Ann Marie | CB16 | 0.10 hrs. | $ 17.50 |
| 10/15/20 | Review claims analysis and emails re: same<br>Taylor, Mark C. | CB16 | 0.30 hrs. | $ 178.50 |
| 10/16/20 | Emails re: plan<br>Taylor, Mark C. | CB16 | 0.10 hrs. | $ 59.50 |
| 10/16/20 | Emails with E. White re: fees and retainer<br>Jezisek, Ann Marie | CB15 | 0.10 hrs. | $ 17.50 |
| 10/19/20 | Prepare monthly fee statement<br>Jezisek, Ann Marie | CB15 | 0.40 hrs. | $ 70.00 |
| 10/20/20 | Emails with O. Misleh<br>Taylor, Mark C. | CB16 | 0.10 hrs. | $ 59.50 |
| 10/20/20 | Review monthly fee statement<br>Taylor, Mark C. | CB15 | 0.10 hrs. | $ 59.50 |

**EXHIBIT B-5**
**Page 6 of 9**

WALLER LANSDEN DORTCH & DAVIS, LLP

| Our Matter # 036718.97148 | November 6, 2020 |
|---|---|
| Invoice # 10783943 | Page 2 |

| 10/20/20 | Finalize and serve monthly fee statement | | | |
|---|---|---|---|---|
| | Jezisek, Ann Marie | CB15 | 0.10 hrs. | $ 17.50 |
| 10/22/20 | Emails with A. Terras and S. Roberts | | | |
| | Taylor, Mark C. | CB16 | 0.10 hrs. | $ 59.50 |
| 10/26/20 | Emails re: tax claims | | | |
| | Taylor, Mark C. | CB16 | 0.10 hrs. | $ 59.50 |
| 10/27/20 | Review claims analysis and emails re: same | | | |
| | Taylor, Mark C. | CB16 | 0.30 hrs. | $ 178.50 |
| 10/27/20 | Review order approving disclosure statement, and calendar dates and deadlines re: same | | | |
| | Jezisek, Ann Marie | CB16 | 0.10 hrs. | $ 17.50 |

Total Fees for Professional Services ............................................................. $ 1,211.00

### Summary of Fees

| Timekeeper | Rate / Hr | Hours | Amount |
|---|---|---|---|
| Taylor, Mark C. | 595.00 | 1.80 | $ 1,071.00 |
| Jezisek, Ann Marie | 175.00 | 0.80 | $ 140.00 |
| TOTAL | | 2.60 | $ 1,211.00 |

| Total Fees and Disbursements on This Invoice | $ 1,211.00 |
|---|---|
| Plus: Previous Balance Outstanding | $ 1,907.50 |
| PLEASE REMIT TOTAL AMOUNT DUE | $ 3,118.50 |

# WALLER LANSDEN DORTCH & DAVIS, LLP
### 100 CONGRESS AVENUE, SUITE 1800
### AUSTIN, TEXAS 78701
### 512-685-6400
FEDERAL ID NO. 62-0479474

Yummy Seafoods, LLC
Omar Misleh
Via Email:
om@ampexbrands.com

November 6, 2020
Invoice 10783944
Page 1
Bill Through 10/31/20
Billing Atty: E. Taube

| | | |
|---|---|---|
| Prior Balance Brought Forward | | $5,587.10 |
| Less Payments Received | | $2,374.40 |
| Net Forward Balance | | $3,212.70 |

Our Matter #     036451.96139

Bankruptcy - Chapter 11

| Date | Description | | Code | Hours | Amount |
|---|---|---|---|---|---|
| 10/01/20 | Review reconciliation and emails re: plan Taylor, Mark C. | | CB16 | 0.20 hrs. | $ 119.00 |
| 10/02/20 | Attend telephone status conference Taylor, Mark C. | | CB16 | 0.10 hrs. | $ 59.50 |
| 10/02/20 | Telephone conference with S. Roberts Taylor, Mark C. | | CB16 | 0.20 hrs. | $ 119.00 |
| 10/02/20 | Telephone conference and emails with A. Terras Taylor, Mark C. | | CB16 | 0.20 hrs. | $ 119.00 |
| 10/15/20 | Review claims analysis and emails re: same Taylor, Mark C. | | CB16 | 0.30 hrs. | $ 178.50 |
| 10/16/20 | Emails re: plan Taylor, Mark C. | | CB16 | 0.10 hrs. | $ 59.50 |
| 10/16/20 | Emails with E. White re: fees and retainer Jezisek, Ann Marie | | CB15 | 0.10 hrs. | $ 17.50 |
| 10/19/20 | Prepare monthly fee statement Jezisek, Ann Marie | | CB15 | 0.40 hrs. | $ 70.00 |
| 10/20/20 | Emails with O. Misleh Taylor, Mark C. | | CB16 | 0.10 hrs. | $ 59.50 |
| 10/20/20 | Review monthly fee statement Taylor, Mark C. | | CB15 | 0.10 hrs. | $ 59.50 |
| 10/20/20 | Finalize and serve monthly fee statement Jezisek, Ann Marie | | CB15 | 0.10 hrs. | $ 17.50 |

**EXHIBIT B-5**
Page 8 of 9

WALLER LANSDEN DORTCH & DAVIS, LLP

Our Matter # 036451.96139
Invoice # 10783944

November 6, 2020
Page 2

| 10/22/20 | Emails with A. Terras and S. Roberts | | | |
| | Taylor, Mark C. | CB16 | 0.10 hrs. | $ 59.50 |
| 10/26/20 | Emails re: tax claims | | | |
| | Taylor, Mark C. | CB16 | 0.10 hrs. | $ 59.50 |
| 10/27/20 | Review claims analysis and emails re: same | | | |
| | Taylor, Mark C. | CB16 | 0.30 hrs. | $ 178.50 |
| | Total Fees for Professional Services ................................................................ | | | $ 1,176.00 |

## Summary of Fees

| Timekeeper | Rate / Hr | Hours | Amount |
| --- | --- | --- | --- |
| Taylor, Mark C. | 595.00 | 1.80 | $ 1,071.00 |
| Jezisek, Ann Marie | 175.00 | 0.60 | $ 105.00 |
| TOTAL | | 2.40 | $ 1,176.00 |

| | |
| --- | --- |
| Total Fees and Disbursements on This Invoice | $ 1,176.00 |
| Plus: Previous Balance Outstanding | $ 3,212.70 |
| PLEASE REMIT TOTAL AMOUNT DUE | $ 4,388.70 |

**WALLER LANSDEN DORTCH & DAVIS, LLP**
**100 CONGRESS AVENUE, SUITE 1800**
**AUSTIN, TEXAS 78701**
**512-685-6400**
FEDERAL ID NO. 62-0479474

Tajay Restaurants Inc.                                    December 14, 2020
17774 Preston Rd.                                        Invoice 10789660
Dallas, TX  75252                                        Page 1
                                                        Bill Through 11/24/20
                                                        Billing Atty: E. Taube

|  |  |
|---|---:|
| Prior Balance Brought Forward | $3,118.50 |
| Less Payments Received | $1,114.40 |
| Net Forward Balance | $2,004.10 |

Our Matter #      036718.97148

                  Bankruptcy - Chapter 11

| Date | Description | Code | Hours | Amount |
|---|---|---|---|---:|
| 11/05/20 | Review Harney fee statement<br>Taylor, Mark C. | CB15 | 0.10 hrs. | $ 59.50 |
| 11/06/20 | Emails with counsel for tax authorities<br>Taylor, Mark C. | CB14 | 0.20 hrs. | $ 119.00 |
| 11/10/20 | Emails with S. Roberts<br>Taylor, Mark C. | CB16 | 0.10 hrs. | $ 59.50 |
| 11/11/20 | Emails with O. Misleh re: confirmation and dismissal<br>Taylor, Mark C. | CB16 | 0.10 hrs. | $ 59.50 |
| 11/11/20 | Emails with S. Roberts<br>Taylor, Mark C. | CB16 | 0.10 hrs. | $ 59.50 |
| 11/11/20 | Prepare monthly fee statement<br>Jezisek, Ann Marie | CB15 | 0.30 hrs. | $ 52.50 |
| 11/12/20 | Review and revise draft of motion to dismiss and order<br>Taylor, Mark C. | CB16 | 0.60 hrs. | $ 357.00 |
| 11/13/20 | Emails with S. Roberts and O. Misleh<br>Taylor, Mark C. | CB13 | 0.10 hrs. | $ 59.50 |
| 11/16/20 | Emails with M. Platt re: confirmation order<br>Taylor, Mark C. | CB16 | 0.10 hrs. | $ 59.50 |
| 11/17/20 | Emails and telephone conference with S. Roberts<br>Taylor, Mark C. | CB16 | 0.20 hrs. | $ 119.00 |
| 11/17/20 | Emails re: confirmation order<br>Taylor, Mark C. | CB16 | 0.10 hrs. | $ 59.50 |

**EXHIBIT B-6**
**Page 1 of 6**

WALLER LANSDEN DORTCH & DAVIS, LLP

Our Matter # 036718.97148
Invoice # 10789660

December 14, 2020
Page 2

| Date | Description | | Hours | Amount |
|------|-------------|---|-------|--------|
| 11/17/20 | Draft declaration of O. Misleh<br>Taylor, Mark C. | CB16 | 0.40 hrs. | $ 238.00 |
| 11/17/20 | Emails with O. Misleh<br>Taylor, Mark C. | CB16 | 0.10 hrs. | $ 59.50 |
| 11/17/20 | Finalize and serve monthly fee statement<br>Jezisek, Ann Marie | CB15 | 0.10 hrs. | $ 17.50 |
| 11/18/20 | Telephone conference and emails with O. Misleh re: hearing and declaration<br>Taylor, Mark C. | CB16 | 0.20 hrs. | $ 119.00 |
| 11/18/20 | Prepare exhibit list for hearing<br>Taylor, Mark C. | CB16 | 0.10 hrs. | $ 59.50 |
| 11/19/20 | Emails with S. Roberts<br>Taylor, Mark C. | CB16 | 0.10 hrs. | $ 59.50 |
| 11/20/20 | Email to counsel re: declaration<br>Taylor, Mark C. | CB20 | 0.10 hrs. | $ 59.50 |
| 11/20/20 | Review draft confirmation order<br>Taylor, Mark C. | CB20 | 0.20 hrs. | $ 119.00 |
| 11/23/20 | Emails with O. Misleh<br>Taylor, Mark C. | CB16 | 0.10 hrs. | $ 59.50 |
| 11/23/20 | Attend hearing on plan confirmation<br>Taylor, Mark C. | CB16 | 0.30 hrs. | $ 178.50 |
| 11/23/20 | Emails with S. Roberts<br>Taylor, Mark C. | CB16 | 0.10 hrs. | $ 59.50 |
| 11/24/20 | Review order confirming plan and calendar deadlines re: same<br>Jezisek, Ann Marie | CB17 | 0.10 hrs. | $ 17.50 |

Total Fees for Professional Services ............................................................. $ 2,110.50

### Summary of Fees

| Timekeeper | Rate / Hr | Hours | Amount |
|------------|-----------|-------|--------|
| Taylor, Mark C. | 595.00 | 3.40 | $ 2,023.00 |
| Jezisek, Ann Marie | 175.00 | 0.50 | $ 87.50 |
| TOTAL | | 3.90 | $ 2,110.50 |

WALLER LANSDEN DORTCH & DAVIS, LLP

| Our Matter # 036718.97148 | December 14, 2020 |
|---|---|
| Invoice # 10789660 | Page 3 |

**Disbursements**

| | | |
|---|---|---|
| 11/13/20 | VENDOR: digATX (Sandaflor Enterprises LLC) INVOICE#: 4060 DATE: 11/13/2020  Fees for mailout services | $ 117.26 |
| 11/18/20 | VENDOR: digATX (Sandaflor Enterprises LLC) INVOICE#: 4062 DATE: 11/18/2020  Fees for mailout | $ 152.98 |
| 11/19/20 | VENDOR: digATX (Sandaflor Enterprises LLC) INVOICE#: 4063 DATE: 11/19/2020  Fees for mailout | $ 56.64 |
| | Total Disbursements............................................................................ | $ 326.88 |

| | |
|---|---|
| Total Fees and Disbursements on This Invoice | $ 2,437.38 |
| Plus: Previous Balance Outstanding | $ 2,004.10 |
| PLEASE REMIT TOTAL AMOUNT DUE | $ 4,441.48 |

**EXHIBIT B-6**
**Page 3 of 6**

**WALLER LANSDEN DORTCH & DAVIS, LLP**
**100 CONGRESS AVENUE, SUITE 1800**
**AUSTIN, TEXAS 78701**
**512-685-6400**
FEDERAL ID No. 62-0479474

Yummy Seafoods, LLC
Omar Misleh
Via Email:
om@ampexbrands.com

December 14, 2020
Invoice 10789661
Page 1
Bill Through 11/24/20
Billing Atty: E. Taube

| | |
|---|---:|
| Prior Balance Brought Forward | $4,388.70 |
| Less Payments Received | $1,229.20 |
| Net Forward Balance | $3,159.50 |

Our Matter #     036451.96139

Bankruptcy - Chapter 11

| Date | Description | Code | Hours | Amount |
|---|---|---|---|---:|
| 11/05/20 | Review Harney fee statement<br>Taylor, Mark C. | CB15 | 0.10 hrs. | $ 59.50 |
| 11/06/20 | Emails with counsel for tax authorities<br>Taylor, Mark C. | CB14 | 0.20 hrs. | $ 119.00 |
| 11/10/20 | Emails with S. Roberts<br>Taylor, Mark C. | CB16 | 0.10 hrs. | $ 59.50 |
| 11/11/20 | Emails with O. Misleh re: confirmation and dismissal<br>Taylor, Mark C. | CB16 | 0.10 hrs. | $ 59.50 |
| 11/11/20 | Emails with S. Roberts<br>Taylor, Mark C. | CB16 | 0.10 hrs. | $ 59.50 |
| 11/11/20 | Draft motion to dismiss Yummy Holdings from bankruptcy<br>Atkinson, Evan J | CB13 | 2.20 hrs. | $ 704.00 |
| 11/11/20 | Prepare monthly fee statement<br>Jezisek, Ann Marie | CB15 | 0.30 hrs. | $ 52.50 |
| 11/12/20 | Draft motion to expedite motion to dismiss<br>Atkinson, Evan J | CB13 | 0.50 hrs. | $ 160.00 |
| 11/12/20 | Coordinate filing of motion to dismiss<br>Atkinson, Evan J | CB13 | 0.10 hrs. | $ 32.00 |
| 11/12/20 | Emails with U.S. Trustee and M. Taylor re: motion to dismiss<br>Atkinson, Evan J | CB13 | 0.10 hrs. | $ 32.00 |
| 11/13/20 | Emails with S. Roberts and O. Misleh<br>Taylor, Mark C. | CB13 | 0.10 hrs. | $ 59.50 |

**EXHIBIT B-6**
**Page 4 of 6**

WALLER LANSDEN DORTCH & DAVIS, LLP

Our Matter # 036451.96139
Invoice # 10789661

December 14, 2020
Page 2

| Date | Description | Code | Hours | Amount |
|---|---|---|---|---|
| 11/13/20 | Review notice of hearing on motion to dismiss Yummy Holdings case, and calendar hearing date and related deadlines re: same<br>Jezisek, Ann Marie | CB13 | 0.10 hrs. | $ 17.50 |
| 11/16/20 | Emails with M. Platt re: confirmation order<br>Taylor, Mark C. | CB16 | 0.10 hrs. | $ 59.50 |
| 11/17/20 | Emails and telephone conference with S. Roberts<br>Taylor, Mark C. | CB16 | 0.20 hrs. | $ 119.00 |
| 11/17/20 | Emails re: confirmation order<br>Taylor, Mark C. | CB16 | 0.10 hrs. | $ 59.50 |
| 11/17/20 | Review monthly fee statement<br>Taylor, Mark C. | CB15 | 0.10 hrs. | $ 59.50 |
| 11/17/20 | Review monthly fee statement<br>Taylor, Mark C. | CB15 | 0.10 hrs. | $ 59.50 |
| 11/17/20 | Draft declaration of O. Misleh<br>Taylor, Mark C. | CB16 | 0.40 hrs. | $ 238.00 |
| 11/17/20 | Emails with O. Misleh<br>Taylor, Mark C. | CB16 | 0.10 hrs. | $ 59.50 |
| 11/17/20 | Finalize and serve monthly fee statement<br>Jezisek, Ann Marie | CB15 | 0.10 hrs. | $ 17.50 |
| 11/18/20 | Telephone conference and emails with O. Misleh re: hearing and declaration<br>Taylor, Mark C. | CB16 | 0.20 hrs. | $ 119.00 |
| 11/18/20 | Prepare exhibit list for hearing<br>Taylor, Mark C. | CB16 | 0.10 hrs. | $ 59.50 |
| 11/19/20 | Emails with S. Roberts<br>Taylor, Mark C. | CB16 | 0.10 hrs. | $ 59.50 |
| 11/20/20 | Email to counsel re: declaration<br>Taylor, Mark C. | CB20 | 0.10 hrs. | $ 59.50 |
| 11/20/20 | Review draft confirmation order<br>Taylor, Mark C. | CB20 | 0.20 hrs. | $ 119.00 |
| 11/23/20 | Emails with O. Misleh<br>Taylor, Mark C. | CB16 | 0.10 hrs. | $ 59.50 |
| 11/23/20 | Attend hearing on plan confirmation<br>Taylor, Mark C. | CB16 | 0.30 hrs. | $ 178.50 |
| 11/23/20 | Emails with S. Roberts<br>Taylor, Mark C. | CB16 | 0.10 hrs. | $ 59.50 |

Total Fees for Professional Services ................................................................. $ 2,800.50

**EXHIBIT B-6**
**Page 5 of 6**

## WALLER LANSDEN DORTCH & DAVIS, LLP

Our Matter # 036451.96139
Invoice # 10789661

December 14, 2020
Page 3

### Summary of Fees

| Timekeeper | Rate / Hr | Hours | Amount |
|---|---|---|---|
| Taylor, Mark C. | 595.00 | 3.00 | $ 1,785.00 |
| Atkinson, Evan J | 320.00 | 2.90 | $ 928.00 |
| Jezisek, Ann Marie | 175.00 | 0.50 | $ 87.50 |
| TOTAL | | 6.40 | $ 2,800.50 |

### Disbursements

| | | |
|---|---|---|
| 11/13/20 | VENDOR: digATX (Sandaflor Enterprises LLC) INVOICE#: 4060 DATE: 11/13/2020  Fees for mailout services | $ 117.25 |
| 11/18/20 | VENDOR: digATX (Sandaflor Enterprises LLC) INVOICE#: 4062 DATE: 11/18/2020  Fees for mailout | $ 152.99 |
| 11/19/20 | VENDOR: digATX (Sandaflor Enterprises LLC) INVOICE#: 4063 DATE: 11/19/2020  Fees for mailout | $ 56.64 |
| | Total Disbursements............................................................... | $ 326.88 |

| | |
|---|---|
| Total Fees and Disbursements on This Invoice | $ 3,127.38 |
| Plus: Previous Balance Outstanding | $ 3,159.50 |
| PLEASE REMIT TOTAL AMOUNT DUE | $ 6,286.88 |

**EXPENSES**

| CODE | DESCRIPTION | TOTAL |
|------|-------------|-------|
| E101 | COPIES | $0.00 |
| E102 | OUTSIDE PRINTING | $1,094.97 |
| E103 | WORD PROCESSING | $0.00 |
| E104 | FACSIMILE | $0.00 |
| E105 | TELEPHONE | $0.00 |
| E106 | ONLINE RESEARCH | $0.00 |
| E107 | DELIVERY SERVICES/COURIERS | $0.00 |
| E108 | POSTAGE | $0.00 |
| E109 | LOCAL TRAVEL | $0.00 |
| E110 | OUT OF TOWN TRAVEL | $0.00 |
| E111 | MEALS (LOCAL) | $0.00 |
| E112 | COURT FEES | $0.00 |
| E113 | SUBPOENA FEES | $0.00 |
| E114 | WITNESS FEES | $0.00 |
| E115 | DEPOSITION TRANSCRIPTS | $0.00 |
| E116 | TRIAL TRANSCRIPTS | $0.00 |
| E117 | TRIAL EXHIBITS | $0.00 |
| E118 | LITIGATION SUPPORT VENDORS | $0.00 |
| E119 | EXPERTS | $0.00 |
| E120 | INVESTIGATORS | $0.00 |
| E121 | ARBITRATORS/MEDIATORS | $0.00 |
| E122 | LOCAL COUNSEL | $0.00 |
| E123 | OTHER PROFESSIONALS | $0.00 |
| E124 | OTHER | $0.00 |
|  | **TOTAL** | **$1,094.97** |

**EXHIBIT C**
**Page 1 of 1**