UNITED STATES BANKRUPTCY COURT
SOUTHERN AND WESTERN DISTRICTS OF TEXAS

MIDLAND DIVISION

IN RE: §
§
Tajay Restaurants, Inc. §       CASE NO. 19-70067
§       CHAPTER 11
§
§
DEBTOR §

CHAPTER 11 POST-CONFIRMATION REPORT
FOR THE QUARTER ENDING JUNE 2021

1. [✓] Quarterly  or  [ ] Final (check one)

2. SUMMARY OF DISBURSEMENTS*:

A. Disbursements made under the plan (itemize on page 3)        $ 28,311.01

B. Disbursements not under the plan        $ 2,707.89

Total Disbursements        $ 31,018.90

*ALL DISBURSEMENTS MADE BY THE REORGANIZED DEBTOR, UNDER THE PLAN OR OTHERWISE, MUST BE ACCOUNTED FOR AND REPORTED HEREIN FOR THE PURPOSE OF CALCULATING THE QUARTERLY FEES.

3. Has the order confirming plan become final?        [✓] Yes  [ ] No

4. Are Plan payments being made as required under the Plan?        [✓] Yes  [ ] No

5. If "No", what Plan payments have not been made and why?

Please explain: _____

_____

_____

6. If plan payments have not yet begun, when will the first plan payment be made? _____ (Date)

7. What date did the reorganized debtor or successor of the debtor under the plan assume the business or management of the property treated under the plan? 12/11/2020 (Date)

8. Please describe any factors which may materially affect your ability to obtain a final decree at this time.

_____

_____

_____

9. Complete the form for Plan Disbursements attached.

10. CONSUMMATION OF PLAN:

A. If this is a final report, has an application for Final Decree been submitted*?

[ ] Yes  Date application was submitted _____

[✗] No  Date when application will be submitted _____

*(if required by Local Rule)

B. Estimated Date of Final Payment Under Plan TBD

INITIALS _____

DATE _____

UST USE ONLY

I CERTIFY UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

SIGNED: _____        DATE: 7/01/2021

David Montgomery
(PRINT NAME)

IN RE: __Tajdy Restaurants, Inc.__      CASE NO. __19-70067__

| CASH RECEIPTS AND DISBURSEMENTS | CURRENT QUARTER | CONFIRMATION TO DATE |
|---|---|---|
| CASH–BEGINNING OF QUARTER | 35,000.02 | 35,000.02 |
| RECEIPTS | | |
| DISBURSEMENTS | | |
| NET PAYROLL | | |
| PAYROLL TAXES PAID | | |
| SECURED/RENTAL/LEASES | | |
| UTILITIES | | |
| INSURANCE | | |
| INVENTORY PURCHASES | | |
| VEHICLE EXPENSES | | |
| TRAVEL & ENTERTAINMENT | | |
| REPAIRS, MAINTENANCE & SUPPLIES | | |
| ADMINISTRATIVE & SELLING | 2,707.89 | 2,707.89 |
| OTHER (attach list) | | |
| PLAN PAYMENTS (page 1 and page 3) | 28,311.01 | 28,311.01 |
| TOTAL DISBURSEMENTS (this figure should equal Total disbursements, Item 2, Summary of Disbursements) | 31,018.90 | 31,018.90 |
| NET CASH FLOW | (31,018.90) | (31,018.90) |
| CASH–END OF QUARTER | 3,981.12 | 3,981.12 |

### CASH ACCOUNT RECONCILIATION FOR ALL FUNDS
### QUARTER ENDING JUNE

| | Month/Year 04/2021 | Month/Year 05/2021 | Month/Year 06/2021 | Total |
|---|---|---|---|---|
| Bank Balance | 35,000.02 | 9,089.66 | 4,076.84 | 35,000.02 |
| Deposit in Transit | | | | 0.00 |
| Outstanding Checks | | | 95.72 | 95.72 |
| Adjusted Balance | 35,000.02 | 9,089.66 | 3,981.12 | 34,904.30 |
| Beginning Cash–Per Books | 35,000.02 | 35,000.02 | 4,806.12 | 35,000.02 |
| Receipts | | | | 0.00 |
| Transfers Between Accounts | | | | 0.00 |
| Checks/Other Disbursements | | 30,193.90 | 825.00 | 31,018.90 |
| Ending Cash–Per Books | 35,000.02 | 4,806.12 | 3,981.12 | 3,981.12 |

### STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

| | Month/Year 04/2021 | Month/Year 05/2021 | Month/Year 06/2021 | Total |
|---|---|---|---|---|
| Beginning Cash | 35,000.02 | 35,000.02 | 4,806.12 | |
| Total Receipts | | | | 0.00 |
| Total Disbursements | | 30,193.90 | 825.00 | 31,018.90 |
| Ending Cash | 35,000.02 | 4,806.12 | 3,981.12 | |

**IN RE:**                                    §
                                              §
Tajay Restaurants, Inc.                       §    **CASE NO.** 19-70067
                                              §
**DEBTOR**                                    §
                                              §

### PAYMENTS TO CREDITORS UNDER THE PLAN

| CREDITOR | CLASS | NEXT PAYMENT DUE | CURRENT QUARTER | CONFIRMATION TO DATE |
|---|---|---|---|---|
| See attached list | | | 28,311.01 | 28,311.01 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **TOTAL PLAN PAYMENTS: (report on page 1 and page 2)** | | | 28,311.01 | 28,311.01 |

| Date | Check # | Creditor | Amount this payment | Sent date | Clear date | Reason | Cumulative total paid |
|---|---|---|---|---|---|---|---|
| 5/3/2021 | 5003 | A&W Restaurants | $ 30.39 | 5/4/2021 | 5/14/2021 | 2020 Distribution | $ 30.39 |
| 5/3/2021 | 5004 | All Seasons Landscaping & More | $ 2.44 | 5/4/2021 | | 2020 Distribution | $ 2.44 |
| 5/3/2021 | 5005 | Asset Enterprises | $ 59.11 | 5/4/2021 | 6/9/2021 | 2020 Distribution | $ 59.11 |
| 5/3/2021 | 5006 | ATMOS Energy | $ 52.29 | 5/4/2021 | 6/8/2021 | 2020 Distribution | $ 52.29 |
| 5/3/2021 | 5007 | Automatic Fire Controls, Inc. | $ 9.29 | 5/4/2021 | 5/12/2021 | 2020 Distribution | $ 9.29 |
| 5/3/2021 | 5008 | Black Plumbing, Inc. | $ 31.71 | 5/4/2021 | 5/10/2021 | 2020 Distribution | $ 31.71 |
| 5/3/2021 | 5009 | Boykin Enterprises | $ 446.32 | 5/4/2021 | 5/17/2021 | 2020 Distribution | $ 446.32 |
| 5/3/2021 | 5010 | Brian's Plumbing, Inc. | $ 8.15 | 5/4/2021 | 5/24/2021 | 2020 Distribution | $ 8.15 |
| 5/3/2021 | 5011 | Brooks Grease Service, Inc. | $ 5.02 | 5/4/2021 | 5/11/2021 | 2020 Distribution | $ 5.02 |
| 5/3/2021 | 5012 | CenterPoint Energy | $ 52.41 | 5/4/2021 | 5/14/2021 | 2020 Distribution | $ 52.41 |
| 5/3/2021 | 5013 | City of Abilene | $ 8.48 | 5/4/2021 | 5/21/2021 | 2020 Distribution | $ 8.48 |
| 5/3/2021 | 5014 | City of Ada | $ 9.54 | 5/4/2021 | 5/27/2021 | 2020 Distribution | $ 9.54 |
| 5/3/2021 | 5015 | City of Ardmore | $ 14.23 | 5/4/2021 | 5/14/2021 | 2020 Distribution | $ 14.23 |
| 5/3/2021 | 5016 | City of Durant | $ 13.44 | 5/4/2021 | 5/12/2021 | 2020 Distribution | $ 13.44 |
| 5/3/2021 | 5017 | City of Midland | $ 9.36 | 5/4/2021 | | 2020 Distribution | $ 9.36 |
| 5/3/2021 | 5018 | City of Plainview | $ 18.70 | 5/4/2021 | 5/17/2021 | 2020 Distribution | $ 18.70 |
| 5/3/2021 | 5019 | City of San Angelo - Envir. Health | $ 7.08 | 5/4/2021 | 5/18/2021 | 2020 Distribution | $ 7.08 |
| 5/3/2021 | 5020 | Code Electric, LLC | $ 2.51 | 5/4/2021 | 5/12/2021 | 2020 Distribution | $ 2.51 |
| 5/3/2021 | 5021 | Crossroads Refrigeration | $ 60.04 | 5/4/2021 | | 2020 Distribution | $ 60.04 |
| 5/3/2021 | 5022 | Culligan - Ada | $ 3.46 | 5/4/2021 | | 2020 Distribution | $ 3.46 |
| 5/3/2021 | 5023 | DTMJ-1, LLC | $ 5,955.62 | 5/4/2021 | 5/5/2021 | 2020 Distribution | $ 5,955.62 |
| 5/3/2021 | 5024 | Elliott Electric Supply, Inc. | $ 6.72 | 5/4/2021 | 5/10/2021 | 2020 Distribution | $ 6.72 |
| 5/3/2021 | 5025 | Fire & Safety, Inc. | $ 3.64 | 5/4/2021 | 5/11/2021 | 2020 Distribution | $ 3.64 |
| 5/3/2021 | 5026 | Green Life Landscaping and General Services | $ 31.77 | 5/4/2021 | 5/11/2021 | 2020 Distribution | $ 31.77 |
| 5/3/2021 | 5027 | IMC Waste Disposal | $ 8.73 | 5/4/2021 | 5/26/2021 | 2020 Distribution | $ 8.73 |
| 5/3/2021 | 5028 | Interface Security Systems LLC | $ 123.84 | 5/4/2021 | 5/10/2021 | 2020 Distribution | $ 123.84 |
| 5/3/2021 | 5029 | J & T Refrigeration | $ 13.04 | 5/4/2021 | 5/10/2021 | 2020 Distribution | $ 13.04 |
| 5/3/2021 | 5030 | JAC Berg Family Limited Partnership | $ 3,628.49 | 5/4/2021 | 5/14/2021 | 2020 Distribution | $ 3,628.49 |
| 5/3/2021 | 5031 | JAC Berg Family Limited Partnership | $ 1,000.23 | 5/4/2021 | 5/14/2021 | 2020 Distribution | $ 1,000.23 |
| 5/3/2021 | 5032 | Jan McCormick | $ 220.83 | 5/4/2021 | 5/13/2021 | 2020 Distribution | $ 220.83 |
| 5/3/2021 | 5033 | Janda Land Holdings, LLC | $ 4,351.86 | 5/4/2021 | 5/10/2021 | 2020 Distribution | $ 4,351.86 |
| 5/3/2021 | 5034 | LJS Restaurants LLC | $ 3,576.94 | 5/4/2021 | 5/24/2021 | 2020 Distribution | $ 3,576.94 |
| 5/3/2021 | 5035 | MasterScapes, Inc. | $ 38.45 | 5/4/2021 | 5/11/2021 | 2020 Distribution | $ 38.45 |
| 5/3/2021 | 5036 | National Restaurant Assoc. Solutions | $ 3.07 | 5/4/2021 | 5/7/2021 | 2020 Distribution | $ 3.07 |
| 5/3/2021 | 5037 | OG&E Electric Services | $ 453.77 | 5/4/2021 | 5/28/2021 | 2020 Distribution | $ 453.77 |
| 5/3/2021 | 5038 | Oklahoma Natural Gas Company | $ 10.15 | 5/4/2021 | 5/20/2021 | 2020 Distribution | $ 10.15 |
| 5/3/2021 | 5039 | Orkin, Inc. (Rollins) | $ 423.61 | 5/4/2021 | 5/17/2021 | 2020 Distribution | $ 423.61 |
| 5/3/2021 | 5040 | Otis Refrigeration Services, Inc. | $ 8.10 | 5/4/2021 | 5/11/2021 | 2020 Distribution | $ 8.10 |
| 5/3/2021 | 5041 | Our Energy | $ 177.88 | 5/4/2021 | 5/21/2021 | 2020 Distribution | $ 177.88 |
| 5/3/2021 | 5042 | Phillips and Son Refrigeration | $ 1.25 | 5/4/2021 | | 2020 Distribution | $ 1.25 |
| 5/3/2021 | 5043 | Real Estate Acquisitions KJE LLC | $ 3,000.65 | 5/4/2021 | 5/21/2021 | 2020 Distribution | $ 3,000.65 |
| 5/3/2021 | 5044 | RRR, Inc. | $ 6.62 | 5/4/2021 | | 2020 Distribution | $ 6.62 |
| 5/3/2021 | 5045 | Sebastian Arizpe | $ 46.18 | 5/4/2021 | 5/24/2021 | 2020 Distribution | $ 46.18 |
| 5/3/2021 | 5046 | SFB, Inc. | $ 6.78 | 5/4/2021 | 5/10/2021 | 2020 Distribution | $ 6.78 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 5/3/2021 | 5047 | STE Ventures LLC | $ | 4,063.22 | 5/4/2021 | 6/1/2021 | 2020 Distribution | $ | 4,063.22 |
| 5/3/2021 | 5048 | Texas Filter Service, Inc. | $ | 18.07 | 5/4/2021 | 5/12/2021 | 2020 Distribution | $ | 18.07 |
| 5/3/2021 | 5049 | Todds Outdoor Services | $ | 12.55 | 5/4/2021 | | 2020 Distribution | $ | 12.55 |
| 5/3/2021 | 5050 | Total Fire & Safety, Inc. | $ | 13.20 | 5/4/2021 | 6/8/2021 | 2020 Distribution | $ | 13.20 |
| 5/3/2021 | 5051 | Tucker Plumbing | $ | 3.87 | 5/4/2021 | 5/25/2021 | 2020 Distribution | $ | 3.87 |
| 5/3/2021 | 5052 | TXVNO312 LLC | $ | 173.32 | 5/4/2021 | 5/12/2021 | 2020 Distribution | $ | 173.32 |
| 5/3/2021 | 5053 | Voss Lighting | $ | 9.02 | 5/4/2021 | 5/11/2021 | 2020 Distribution | $ | 9.02 |
| 5/3/2021 | 5054 | Waste Management of Oklahoma | $ | 32.02 | 5/4/2021 | 5/14/2021 | 2020 Distribution | $ | 32.02 |
| 5/3/2021 | 5055 | West Texas Rest. & Refrig. Abilene | $ | 26.23 | 5/4/2021 | 5/25/2021 | 2020 Distribution | $ | 26.23 |
| 5/3/2021 | 5056 | Williams Landscape | | 17.32 | 5/4/2021 | 5/11/2021 | 2020 Distribution | | 17.32 |
| | | | | | | | | | |
| | | TOTAL | $ | 28,311.01 | | | | $ | 28,311.01 |